# EXHIBIT A

**EXHIBIT A**

| Exhibit No. | Description |
|---|---|
| 267 | SmartSync Pro - File Synchronization, Data Backup, etc. (Gomes Ex. 267) DROPBOX_0000000296-0000000297 |
| 268 | CaseWare International Inc.'s Working Papers about the SmartSync Server (Gomes Ex. 268) DROPBOX_0000002923-0000002924 |
| 269 | CaseWare SmartSync - Introduction (Gomes Ex. 269) DROPBOX_0000002925-0000002926 |
| 270 | HTC One M9 User Guide (Gomes Ex. 270) DROPBOX_0000002955 |
| 271 | Smart Sync, Easy Data Sync and Backup Between Your Computers (Gomes Ex. 271) DROPBOX_0000003014-0000003020 |
| 272 | SmartSync is one of the functions of the Scora software (Gomes Ex. 272) DROPBOX_0000003024-0000003029 |
| 273 | SmartSYNC (Gomes Ex. 273) DROPBOX_0000003033-0000003038 |
| 274 | Smart Sync, Sync up, and Sync down (Gomes Ex. 274) DROPBOX_0000003039-0000003040 |
| 275 | Article: What is smart syncing? (Gomes Ex. 275) DROPBOX_0000002953-0000002954 |
| 281 | Smart Sync on the Mac App Store screenshots (Gomes Ex. 281) IRONHAWK-D_000047271-000047272 |
| 288 | SMARTSync Data Integration Platform (Gomes Ex. 288) DROPBOX_0000000922-0000000924 |
| 360 | Document entitled, Current Naming -- GSA schedule (Gill Ex. 360) IRONHAWK-D_000049491-000049493 |
| 361 | 3/19/19 Printout from www. Smartsync.com re SmartSync Pro - Free File Synchronization, Backup, Data Replication, PC Sync Software, Freeware, File Sync, Data Synchronization Software (Gill Ex. 361) 1 page |
| 375 | SmartSync Starter PC, MAC, Phone and Table synchronisation (Gomes Ex. 375) DROPBOX_0000000914-0000000920 |
| 378 | Printout from Resilio Sync Home website (Gomes Ex. 378) |
| 383 | Printout from Sync.com website (Gomes Ex. 383) |
| 385 | Printout from Salesforce website (Gomes Ex. 385) |
| 735 | Web page ASUS.com - How to set up Smart Sync?, IRONHAWK-D_000047245-000047257 |
| 736 | SmartSync - Design Data, IRONHAWK-D_000047258-000047263 |
| 737 | Configuring SmartSync - BETA - Documentation for BMC Remedyforce, IRONHAWK-D_000047264-000047270 |
| 738 | Article - Panzura Announces Next-Generation SMART Sync Technology 7/21/16, IRONHAWK-D_000047285-000047290 |
| 739 | How to us the Smart Sync 3.0 app to control smartphone from Samsung PRO series tablet, IRONHAWK-D_000047291-000047293 |

1

| Exhibit No. | Description |
|---|---|
| 740 | SmartSync for Folder Synchronization – SmartWiki, IRONHAWK-D_000047294-000047299 |
| 741 | SmartSY NC, IRONHAWK-D_000047300-000047309 |
| 742 | Location Intelligence for Smart Cities - Smart Sync - Urban SDK, IRONHAWK-D_000047310-000047317 |
| 743 | UserIQ - Introducing email powered by SmartSync & SmartSend and new micro-feedback campaigns 5/14/18, IRONHAWK-D_000047318-000047325 |
| 744 | Webland.ch SmartSync E-Mail, IRONHAWK-D_000047326-000047329 |
| 787 | Exhibit 5 to the Expert Report of Michel Pham |
| 788 | Exhibit 6 to the Expert Report of Michel Pham |
| 789 | Exhibit 7 to the Expert Report of Michel Pham |
| 790 | Exhibit 8 to the Expert Report of Michel Pham |
| 791 | Exhibit 9 to the Expert Report of Michel Pham |
| 792 | Exhibit 10 to the Expert Report of Michel Pham |
| 793 | Exhibit 11 to the Expert Report of Michel Pham |
| 794 | Exhibit 12 to the Expert Report of Michel Pham |
| 899 | https://3dinsider.com/smart-heaters/ |
| 900 | https://3dinsider.com/smart-kettles/ |
| 901 | https://heavy.com/pets/2018/10/best-smart-dog-collar/ |
| 902 | https://www.apple.com/iphone/ |
| 903 | https://www.bestbuy.com/site/smart-watches-accessories/smart-watches/pcmcat321000050004.c?id=pcmcat321000050004 |
| 904 | https://www.bestbuy.com/site/tvs/smart-tvs/pcmcat220700050011.c?id=pcmcat220700050011 |
| 905 | https://www.digitaltrends.com/business/best-smart-luggage/ |
| 906 | https://www.digitaltrends.com/mobile/best-smart-wallets/ |
| 907 | https://www.homedepot.com/b/Smart-Home-Smart-Appliances-Smart-Refrigerators/N-5yc1vZch9h |
| 908 | https://www.pcmag.com/article/356755/the-best-smart-thermostats |
| 909 | https://www.pcmag.com/article/361898/the-best-smart-coffee-makers |
| 910 | https://www.pcmag.com/roundup/341490/the-best-smart-home-security-systems |
| 911 | https://www.pcmag.com/roundup/343154/the-best-smart-bathroom-scales |
| 912 | https://www.safewise.com/resources/smart-doorbell-buyers-guide/ |
| 913 | https://www.tomsguide.com/us/best-smart-garage-door-openers,review-4476.html |
| 928 | SmartSync Software - Pro Key Features, DROPBOX_0000003031 |
| 1005 | 4/17/19 Exhibit 5 Google Searches for 'smart sync' (2004-present) (Pham Ex. 1005) *3 pages* |
| 1006 | 10/09/18 Exhibit 7 USPTO Search Results for Smart+Sync (Pham Ex. 1006) *3 pages* |
| 1072 | ADP Retirement Services - SmartSync Comprehensive Plan Automation, DROPBOX_0000000162 |
| 1073 | Press Release: Connect and Share with New AT&T Baby Monitors, Available Exclusively at Baies "R" Us, DROPBOX_0000000165 |

| Exhibit No. | Description |
|---|---|
| 1074 | Mark Information - SmartSync Probiotic Science, DROPBOX_0000000171 |
| 1075 | SmartSync Probiotic Science Balancing Gel-Cream, DROPBOX_0000000173 |
| 1076 | Serta Motion Perfect III - Owner's Manual, DROPBOX_0000000174 |
| 1077 | Adjustable Bed Base: Ergomotion Softide 8300, DROPBOX_0000000210 |
| 1087 | IVCi - Smart Sync Classroom Management Software, DROPBOX_0000000266 |
| 1088 | Smart Sync LED Waterfall Control, DROPBOX_0000000281 |
| 1089 | Primex, Inc. - Smart-Sync Bridge, DROPBOX_0000000292 |
| 1090 | SmartSync Pro - File Synchronization, Data Backup, etc., DROPBOX_0000000298 |
| 1091 | SmartSync User Quick Start Guide, DROPBOX_0000000300 |
| 1092 | Press Release: Marin Software Launches Smart Sync 6/24/15, DROPBOX_0000000316 |
| 1093 | CareLink SmartSync Device Manager - Medtronic, DROPBOX_0000000318 |
| 1094 | Salesforce.com - Using SmartSync Data Framework in Native Apps, DROPBOX_0000000321 |
| 1095 | Soundmaster Group - Smart Transfer, DROPBOX_0000000325 |
| 1096 | SYNTevo - SmartSynchronize, DROPBOX_0000000327 |
| 1097 | SyncBackPro V7 PDF User Guide, DROPBOX_0000000331 |
| 1098 | AT&T Smart Sync baby monitor support, DROPBOX_0000000813 |
| 1099 | SmartSync Probiotic Science Trademark Details, DROPBOX_0000000825 |
| 1101 | Smartsync Server Datasheet, DROPBOX_0000000837 |
| 1102 | HTC One M9 - What is Smart Sync?, DROPBOX_0000000840 |
| 1104 | Synchronize Offlinw Changes with SmartSync Data Framework, DROPBOX_0000000847 |
| 1105 | Webland.CH SmartSync Manual, DROPBOX_0000000871 |
| 1106 | ASCE - SmartSync: An Integrated Real-Time Structural Health Monitoring and Structural Identification System for Tall Buildings, DROPBOX_0000000921 |
| 1107 | Serato - Smart Sync (Using Beatgrids), DROPBOX_0000000925 |
| 1108 | SmartSynch - Digital Grid - Siemens, DROPBOX_0000000926 |
| 1109 | Package Images - Ceiling Fan & Light Honeywell Remote Control, DROPBOX_0000000927 |
| 1110 | Mark Information - SmartSync, DROPBOX_0000000930 |
| 1114 | Cook Medical - Holmium Laser Fibers with SmartSync Technology, DROPBOX_0000000938 |
| 1293 | Pioneer Smart Sync, DROPBOX_0000001664 |
| 1305 | The Annual Awards for Technical Excellence, SmartSync: Easy File Coordination, PC Magazine, December 21, 1993, Vol. 12, No. 22, DROPBOX_0000001928 |
| 1306 | 1994 ComputerWorld article on SmartSync product by Nomadic Systems, DROPBOX_0000001934 |
| 1307 | SmartSync Software License Agreement, DROPBOX_0000001935 |
| 1337 | Image of EVC procedure 6/30/15, DROPBOX_0000003045 |
| 1619 | "2BrightSparks Web Store" https://2brightsparks.onfastspring.com/session/MHsQOHejRxuCOYELBAjeIg |

| Exhibit No. | Description |
|---|---|
| 1622 | "Let us make your Blackbaud products deliver more" SmartTHING. https://www.smartthing.org/# |
| 1624 | "MSI is now the largest supplier of gaming notebooks worldwide", Notebookcheckhttps://www.notebookcheck.net/MSI-is-now-the-largest-supplier-of-gaming-notebooks-worldwide.170375.0.html |
| 1627 | "SmartSync Software" SmartSync Pro. https://www.smartsync.com/ |
| 1628 | "The Best Backup Software for the PC." 2BrightSparks. https://www.2brightsparks.com/about.html |
| 1629 | "@boholmgren" https://twitter.com/boholmgren/status/477927166009954305 |
| 1630 | "@MarinSoftware" https://twitter.com/MarinSoftware/status/732998044480897024 |
| 1631 | "@syntevo" Twitter. https://twitter.com/syntevo/status/1107626386443984896 |
| 1632 | "15 Years of SyncBack" 2BrightSparks. https://www.2brightsparks.com/resources/articles/15-years-of-SyncBack.html |
| 1633 | "About Us" DesignDATA. https://www.designdata.com/about-us/ |
| 1634 | "Agility SmartSync" DesignDATA (June 27, 2016) https://web.archive.org/web/20160627101238/http://www.designdata.com/serviceplans/ agility-cloud/smartsync/ |
| 1635 | "AiCloud YOUR WORLD ON DEMAND" https://www.ASUS.com/us/AiCloud/ |
| 1636 | "Aligner Orthodontic Treatment Tracking and Scheduler iOS and Android App" https://www.flexsin.com/mobile-portfolio/smart-smile-app/ |
| 1637 | "Allway Sync 19.0.3" https://allwaysync.com/ |
| 1638 | "AlpVision Announces New Anti-Counterfeiting Technology, Smart Embossing" https://www.packaging-gateway.com/contractors/product-managementprotection/ alp-vision/pressreleases/anti-counterfeiting-technology/ |
| 1639 | "ASUS AiCloud Apple App Store" https://itunes.apple.com/us/app/ASUSaicloud/id527118674 |
| 1640 | "ASUS AiCloud Google Play App" https://play.google.com/store/apps/details?id=com.ASUStek.aicloud&hl=en_US |
| 1641 | "ASUS History" ASUS. https://www.ASUS.com/About-ASUS-History/ |
| 1642 | "ASUS Launches RT-AC87 Dual-band Wireless-AC2400 Gigabit Router; World's First Wave 2 802.11ac Home Router Delivers Unmatched Performance With Quantenna's 4x4 MU-MIMO Technology and Universal Beamforming" https://www.businesswire.com/news/home/20140722006471/en/ASUS-Launches-RTAC87- Dual-band-Wireless-AC2400-Gigabit-Router |

| Exhibit No. | Description |
|---|---|
| 1643 | "ASUS: AiCloud Smart Sync Introduction" https://www.youtube.com/watch?v=Clcs1zmJ0-M |
| 1644 | "Blackbod.com" Alexa. https://www.alexa.com/siteinfo/blackbaud.com?ver=alpha |
| 1645 | "Box Sync" https://community.box.com/t5/Box-Sync/ct-p/BoxSync |
| 1646 | "Cabin Management Systems" http://fdsavionics.com/cabin-management-systems/ |
| 1647 | "CareLink SmartSync Device Manager" https://www.medtronic.com/usen/healthcare-professionals/products/cardiac-rhythm/managing-patients/accessingdata/carelink-smartsync.html. |
| 1648 | "CaseWare SmartSync" https://promo.caseware.com/products/workingpapers/smartsync. |
| 1652 | "CloudFileSync" https://cloudfilesync.com/ |
| 1653 | "CMC Products" http://cmcpems.com/products/ |
| 1654 | "CMP Brilliant Wonders Smart Sync LED Waterfall Control" https://www.ebay.com/itm/CMP-Brilliant-Wonders-Smart-Sync-LED-Waterfall-Control-25677900000-NIB-FREE-SHIP-/292940429182?nma=true&si=zFewoxeznzxKzpLUD%252BVQ%252FHgN8TU%253D&orig_cvip=true&nordt=true&rt=nc&_trksid=p2047675.l2557. |
| 1655 | "ColorPath Sync" https://www.fujifilmusa.com/products/graphic_arts_printing/workflow-solutions/colorpath/sync/index.html |
| 1656 | "Company Overview" Hill-Rom. https://www.hill-rom.com/usa/Our-Company/About-us/Company-Overview/ |
| 1657 | "DakStats Web-Sync" http://buy.daktronics.com/DakStats-Web-Sync_c_601.html |
| 1658 | "DakStats Web-Sync" https://dakstats.daktronics.com/Pages/WebSync.aspx |
| 1659 | "DBSync" https://www.mydbsync.com/ |
| 1661 | "Demarche Labs SMARTSYNC" https://shop.nordstrom.com/s/dermarchelabs-smartsync-priobiotic-science-balancing-gel-cream/4674528. |
| 1662 | "Dodge DocuPro Sync" http://dodgeprojects.construction.com/Dodge-DocuPro-Mobile_stcVVcatId554973VVviewcat.htm |
| 1666 | "Explore TiVo" https://explore.tivo.com/ |
| 1667 | "Fan Smart Sync" https://appgrooves.com/app/fan-smart-sync-by-satelliteelectronic-zhongshan-ltd. |
| 1668 | "Find a Partner" Blackbaud. https://s21acmssfcms01blkbapp01.sky.blackbaud.com/partners/find-partners/smartthinglimited |
| 1669 | "First Look: Volkswagen's Smart Production Lab in Wolfsburg" https://t3me.com/en/features/first-look-volkswagens-smart-production-lab-in-wolfsburg/ |
| 1671 | "HEBS Digital" https://www.hebsdigital.com/web-design/cms |

5

| Exhibit No. | Description |
| --- | --- |
| 1672 | "Holmium Laser Fibers with SmartSync Technology" https://www.cookmedical.com/products/364d241e-fb92-48f5-8d47-970c6534217f/. |
| 1673 | "HomeSync" https://www.samsung.com/us/support/owners/product/homesync-wi-fi-only |
| 1674 | "How do you get Salesforce's SmartSync upSync method to insert a record into Salesforce in a hybrid mobile app?" https://developer.salesforce.com/forums/?id=9060G000000XgikQAC |
| 1676 | "How to Prepare For and PASS Mobile Solutions Architecture Designer Exam" Salesforce Memo. http://salesforcememo.com/2017/12/24/how-to-prepare-forand-pass-mobile-solutions-architecture-designer-exam/ |
| 1681 | "Ironhawk News." Ironhawk. http://ironhawk.com/ironhawk-in-the-news/. |
| 1682 | "iTristan LinkedIn" LinkedIn. https://www.linkedin.com/company/itristanmedia-group/about/ |
| 1683 | "iTristan Media Group (@itristanmedia)" Twitter. https://twitter.com/itristanmedia?lang=en |
| 1684 | "Keedom Smart Sync 8.2" https://keedom-smartsync.software.informer.com/. |
| 1685 | "Klein Products" https://www.kleinproducts.com/innovations |
| 1686 | "Knowledgebase - SmartTHING" SmartTHING. https://www.smartthing.org/knowledgebase/ |
| 1687 | "LapLink PCsync" https://www.amazon.com/Laplink-Inc-FG-PCS000-RTUS-LapLink-PCsync/dp/B000051WWQ |
| 1688 | "LG Sound Sync – TV and Sound Bar" https://www.lg.com/us/support/product-help/CT30009760-20150637961106-audio-out-of-sync |
| 1689 | "Litéra Sync" https://appadvice.com/app/litera-sync/797462828 |
| 1690 | "Loved It!" https://www.designdata.com/testimonial/ |
| 1691 | "Mac App Store Preview – Smart Sync" Yong Chen. https://itunes.apple.com/us/app/smart-sync/id537484847 |
| 1692 | "Malauzai" https://www.malauzai.com/mox/ |
| 1693 | "Marin launches tool for syncing online search ad campaigns" Seeking Alpha. https://seekingalpha.com/news/2598105-marin-launches-tool-for-syncing-online-search-ad-campaigns |
| 1694 | "Marin launches tool for syncing online search ad campaigns" https://seekingalpha.com/news/2598105-marin-launches-tool-for-syncing-online-searchad-campaigns |
| 1695 | "Marin Social - Introducing Smart Sync For Shopping" https://www.youtube.com/watch?v=a6ogIykbQo0 |
| 1696 | "Marin Software Launches Smart Sync For Shopping" https://www.bandt.com.au/advertising/marin-software-launches-smart-sync-shopping |

| Exhibit No. | Description |
|---|---|
| 1697 | "Marin Software Launches Smart Sync for Shopping" https://www.marketwatch.com/press-release/marin-software-launches-smart-sync-for-shopping-2016-08-16-9173246 |
| 1698 | "Marin Software Launches Smart Sync" https://www.marinsoftware.com/resources/news/marin-software-launches-smart-sync |
| 1700 | "Naval Synchronization Toolset" https://www.promodel.com/pdf/NST%20Product%20Summary.pdf |
| 1705 | "Our Company" Primex. https://www.primexinc.com/company/ |
| 1706 | "Panzura Announces Next-Generation SMART Sync Technology" https://panzura.com/press-releases/panzura-announces-next-generation-smart-synctechnology/. |
| 1707 | "Partner Gear" https://www.asus.com/campaign/aura/us/Partners-andpromotions.html |
| 1708 | "Pason PVT SmartAlarms" https://www.youtube.com/watch?v=VriDeVtEqLs |
| 1709 | "Payroll and HR Apps" ADP. https://www.adp.com/what-weoffer/marketplace.aspx |
| 1710 | "Payroll, HR, and Tax Services" ADP. https://www.adp.com/ |
| 1711 | "PIONEER MXT-S3166BT Digital Media Receiver Car Stereo & Speakers Package" http://www.pioneer-carglobal.com/pss/. |
| 1712 | "PIONEER MXT-S3166BT Digital Media Receiver Car Stereo & Speakers Package" https://www.ebay.com/itm/PIONEER-MXT-S3166BT-Digital-Media-Receiver-Car-Stereo-Speakers-Package-/292922249160. |
| 1713 | "Primex Smart-Sync." https://production-acdn.primexinc.com/downloads/Primex-SmartSync-Bridge.pdf |
| 1714 | "Purchase SmartSynchronize" Syntevo. https://www.syntevo.com/smartsynchronize/purchase/ |
| 1715 | "PVT – Smart Alarms" https://www.pason.com/images/Brochures/BR012_EN_PVT_Smart_Alarms.pdf |
| 1716 | "Questions tagged [smartsync]" https://salesforce.stackexchange.com/questions/tagged/smartsync |
| 1717 | "Quick Base Sync" https://www.quickbase.com/sync |
| 1718 | "Recorder Software" http://sekai-electronics.com/portfolio-item/recordersoftware/ |
| 1719 | "Replication, Backup & Archiving for Salesforce by DBSync / Avankia" https://appexchange.salesforce.com/appxListingDetail?listingId=a0N300000016a1REAQ |
| 1720 | "Salesforce.com Targets C# and .NET Developers for Mobile Apps with New Xamarin Pack" Visual Studio Magazine. https://visualstudiomagazine.com/articles/2013/07/30/salesforce-targets-dot-netdevs.aspx |
| 1721 | "Samsung HomeSync GT-B9150" https://www.ebay.com/p/Samsung-Homesync-GT-B9150-160GB-Network-Cloud-Android-Media-Player/1717633752?iid=113730078484 |

| Exhibit No. | Description |
|---|---|
| 1722 | "Serato DJ Tutorial – Smart Sync" YouTube. https://www.youtube.com/watch?v=nc5V8HR9Jg0 |
| 1723 | "Serato/DDJ-SX Issue" Reddit. https://www.reddit.com/r/DJs/comments/3mh7y7/seratoddjsx_issue_simple_sync_is_snapping/ |
| 1724 | "Serato" Serato. https://serato.com/ |
| 1725 | "Shopkeep Launches Serverless Sync" https://www.shopkeep.com/blog/shopkeep-launches-serverless-sync#step-1 |
| 1726 | "Smart Access" https://www.clarion.com/xe/en/products-personal/service/ |
| 1727 | "Smart Access" https://play.google.com/store/apps/details?id=com.clarion.android.appmgr&hl=en_US |
| 1728 | "Smart by Danale" https://intl.danale.com/smart-by-danale/ |
| 1729 | "Smart Campo" http://ensoag.com/smart-campo/ |
| 1730 | "Smart Clause" https://docs.clause.io/en/articles/4-smart-clause |
| 1731 | "Smart Code" https://www.bna.com/smart-code/ |
| 1732 | "Smart Kill Mouse Trap" https://www.amazon.com/Woodstream-Smart-Kill-Mouse-Trap/dp/B078H9R6FV |
| 1733 | "Smart Peakflow" http://www.medicalexpo.com/prod/smart-respiratory-products-ltd-121487.html#product-item_847508 |
| 1734 | "Smart Peakflow" https://smartpeakflow.com/contact-us/#about-us |
| 1735 | "Smart Production Lab: where robots come to life" http://modo.volkswagengroup.it/en/humans/smart-production-lab-where-robots-come-to-life |
| 1736 | "Smart Shipment Management and Resource Tracking" https://iview.werner.com/SMART/GenericLogin.aspx?LoginType=SMART&ServerName=smart.werner.com |
| 1737 | "Smart Sync (Using Beatgrids)" https://support.serato.com/hc/enus/articles/227627088-Smart-Sync-Using-Beatgrids-. |
| 1738 | "SMART Sync 2011" IVCi. https://support.smarttech.com/docs/software/sync/sync-2011/en/home.cshtml |
| 1739 | "Smart Sync Bluetooth Wireless Technology Digital Series" Synergy Medical. https://www.synergymedical.ie/product/smart-sync-bluetooth-wireless-technology-digital-series/ |
| 1740 | "SMART Sync Classroom Management Software" https://ivci.com/product/smart-sync-classroom-management-software/. |
| 1741 | "Smart Sync feature" Pioneer DJ. https://forums.pioneerdj.com/hc/en-us/community/posts/360000697423-Smart-Sync-feature |
| 1743 | "Smart Sync" http://scora.net/software/smartsync/. |
| 1744 | "Smart Sync" https://itunes.apple.com/us/app/smartsync/id537484847?mt=12. |
| 1745 | "SMART SYNC" https://www.msi.com/Landing/SMART-SYNC. |
| 1746 | "Smart Workflow" https://www.imagequix.com/smartWorkflow.html |

8

| Exhibit No. | Description |
|---|---|
| 1747 | "SmartBar" https://explore.tivo.com/how-to/SmartBar |
| 1748 | "SmartCECL" https://www.fedreporter.net/products/smartcecl.html |
| 1749 | "SmartConnect Integrations" Hill-Rom. https://www.hillrom.com/usa/Products/Category/clinical-workflow-solutions/navicare-smartconnect-solution/ |
| 1750 | "SMARTelematics" http://www.smartelematics.com/ |
| 1751 | "SmartFeed" https://www.c-lockinc.com/shop/feed-intakemeasurements/smartfeed/ |
| 1752 | "SmartGuide" https://freecast.com/portfolio_page/smartguide/ |
| 1753 | "Smart-Kill" https://www.victorpest.com/store/smart-kill |
| 1754 | "SmartMesh" https://smartmesh.io/ |
| 1755 | "SmartPass Mobile" https://itunes.apple.com/us/app/smartpassmobile/id1387337686?mt=8 |
| 1756 | "SmartPass" https://www.smartpass.app/ |
| 1757 | "SmartPM" https://smartpmtech.com/ |
| 1758 | "SmartSpiral" https://www.ashworth.com/products/smartspiral/secure-app-for-real-time-spiral-performance-monitoring |
| 1759 | "SmartSync – Checkout." SmartSync Pro. https://www.smartsync.com/smartsyncpro/?tg=tm |
| 1760 | "Smart-Sync Bridge" https://www.primexinc.com/products/smart-syncbridge. |
| 1761 | "SMARTSync Comprehensive Plan Automation" https://apps.adp.com/apps/15028/adp-retirementservices#!features/SMARTSync%C2%AE_Comprehensive_Plan_Automation. |
| 1762 | "SmartSync Cord Setup" https://www.youtube.com/watch?v=OC6YsHoXZms. |
| 1763 | "SmartSync Data Framework Sample Apps" https://developer.salesforce.com/docs/atlas.en-us.mobile_sdk.meta/mobile_sdk/samples_intro.htm |
| 1764 | "SMARTSync Data Integration Platform" https://itristanmedia.com/smartsync-data-integration-platform.html. |
| 1765 | "SmartSync Pro CD Box" https://www.smartsync.com/img/dvd-box.jpg |
| 1766 | "SmartSync Pro CD Box" https://www.smartsync.com/img/dvd-box.jpg. |
| 1767 | "SmartSync Pro." SmartSync Pro. https://www.smartsync.com/smartsyncpro/?tg=tm |
| 1768 | "SmartSync Pro-Major Geeks" Major Geeks. https://www.majorgeeks.com/files/details/smartsync_pro.html |
| 1769 | "SmartSync Reviews." SmartSync Pro. https://www.smartsync.com/smartsyncpro/reviews.html?tg=lm |
| 1770 | "Smartsync Server Datasheet" Hill-Rom Direct. https://direct.hillrom.com/hillromUS/en/Parts/Literature/SMARTSYNC-SERVER-DATASHEET/p/854A29A5-9D25-4848-880E-9FD191B90132 |
| 1771 | "SmartSync Software" https://www.smartsync.com/. |

| Exhibit No. | Description |
|---|---|
| 1772 | "SmartSync Starter PC, MAC, Phone and Tablet synchronisation" https://www.webland.ch/en-us/E-Mail/SmartSync-Starter. |
| 1773 | "SmartSYNC" https://www.smartthing.org/smartsync/. |
| 1774 | "SmartSync" https://www.youtube.com/watch?v=yUgZmheXR_w. |
| 1775 | "SmartSYNC" SmartTHING. https://www.smartthing.org/smartsync/ |
| 1776 | "SmartSync" YouTube. https://www.youtube.com/watch?v=yUgZmheXR_w |
| 1777 | "SmartSynchronize as Git merge tool" Syntevo. https://www.syntevo.com/blog/?p=3701 |
| 1778 | "SmartSynchronize" https://www.syntevo.com/smartsynchronize/. |
| 1779 | "SmartSynchronize" Syntevo. https://www.syntevo.com/smartsynchronize/ |
| 1780 | "SmartTooling" https://www.klingelnberg.com/en/business-divisions/oerlikon/tools-fixtures/smarttooling/ |
| 1781 | "StarLinkConnect means SmartBusiness" https://www.napcosecurity.com/media/pdfs/8-5x11StarLinkConnSmartBusin2017Print.pdf |
| 1783 | "Sync.com" https://www.sync.com/ |
| 1784 | "SyncBackPro V7 PDF User Guide" https://www.2brightsparks.com/assets/pdf/SyncBackProV7.pdf |
| 1785 | "SyncBackPro" https://www.capterra.com/p/171153/SyncBackPro/ |
| 1786 | "SyncManager" https://www.syncmanager.com/ |
| 1787 | "SyncServer S600 – NTP and PTP Network Timer Server" https://www.microsemi.com/product-directory/enterprise-network-time-servers/4117-syncserver-s600 |
| 1790 | "Use SmartSynchronize with Coda" Marc's Place. https://marc.vos.net/howto/smartsync/ |
| 1791 | "Using ASUS AiCloud and Smart Sync" http://bananatechreviews.blogspot.com/2012/09/using-ASUS-aicloud-and-smart-sync.html |
| 1792 | "Vintage Midiman SmartSync MIDI Smart Song Pointer Sync Box" https://www.ebay.com/itm/Vintage-Midiman-SmartSync-MIDI-Smart-Song-Pointer-Sync-Box-/223460022865?oid=382379114453. |
| 1793 | "VocalSync automatic audio alignment" https://www.cakewalk.com/Documentation?product=SONAR&language=3&help=Region_FX.08.html |
| 1794 | "Webland – Crunchbase" Crunchbase. https://www.crunchbase.com/organization/webland#section-overview |
| 1795 | "Webland – Hosting Options order." Webland. https://www.webland.ch/enus/Hosting/Options/Order?angebot=xmsync |
| 1796 | "Webland Review—Website Planet" Website Planet. https://www.websiteplanet.com/web-hosting/webland/ |

| Exhibit No. | Description |
|---|---|
| 1799 | "What is Salesforce?" Salesforce. https://www.salesforce.com/products/what-is-salesforce/ |
| 1800 | "Why Sync" https://www.sync.com/your-privacy/ |
| 1801 | "Zedge Tonesync" https://zedge-tonesync.en.lo4d.com/windows |
| 1802 | 2BrightSparks, https://www.2brightsparks.com/. |
| 1803 | About-MSIhttps://us.msi.com/about/profile |
| 1804 | Airnab, LLC, http://www.buildingstart.com/. |
| 1809 | CaseWare Tweet 9/9/2010https://twitter.com/CaseWare/status/24044109677 |
| 1810 | CaseWare Tweet 10/4/2010https://twitter.com/CaseWare/status/26395571650 |
| 1811 | CaseWare Tweet 11/19/2009https://twitter.com/CaseWare/status/5870196282 |
| 1812 | CaseWare Tweet 5/8/2018https://twitter.com/CaseWare/status/993854362077290498 |
| 1813 | CaseWare Tweet 6/27/2011https://twitter.com/CaseWare/status/85456685094813697 |
| 1814 | CaseWare Working Papers 2018https://www.caseware.com/products/working-papers |
| 1815 | CaseWare-SmartSync-Youtube; https://www.youtube.com/watch?v=GPlyb8wfUvA |
| 1817 | COMPUTEX 2011: Come see the power of MSI's gaming machines, Digitimeshttp://digitimes.com/news/a20110601PR204.html |
| 1818 | Cyberlink Group, https://www.cyberlink.com/eng/press_room/view_2965.html. |
| 1819 | Data Drives the Value, Panzurahttps://panzura.com/blog/data-drives-value/ |
| 1820 | designDATA, https://www.designdata.com/service-plans/agilitycloud/ byod/. |
| 1827 | ExaGrid - Youtube |
| 1828 | Exagrid (@exagrid) | Twitter |
| 1829 | ExaGrid | Facebook |
| 1830 | ExaGrid | LinkedIn |
| 1831 | Fairbanks, Lori. "ADP Review." Business.com. April 9, 2019. https://www.business.com/reviews/adp/ |
| 1832 | Fan Controls by Palm Coast Imports, LLC, https://www.palmcoastimports.com/. |
| 1834 | Gentex Corporation, https://www.gentex.com/. |
| 1835 | Getting Started with S martSync-CaseWare | Youtubehttps://www.youtube.com/watch?v=Or89PviwPkM |
| 1836 | Hill-Rom Services, Inc., https://www.hill-rom.com/usa/. |
| 1837 | Hon Hai Precision Industry, Co., Ltd., https://www.foxconn.com/. |
| 1838 | Honeywell, https://www.honeywellhome.com/ |
| 1839 | HTC 10-Email Account Sync Frequency, Verizonhttps://www.verizonwireless.com/support/knowledge-base-204800/ |

| Exhibit No. | Description |
|---|---|
| 1840 | HTC Mail on Google Playhttps://play.google.com/store/apps/details?id=com.htc.android.mail |
| 1841 | https://3dinsider.com/smart-heaters/ |
| 1842 | https://3dinsider.com/smart-kettles/ |
| 1843 | https://dl.vive.com/EXODUS/HTC_EXODUS1_user_guide.pdf |
| 1844 | https://go.panzura.com/rs/346-POI-893/images/Panzura_Google_Cloud_Platform_White_Paper.pdf |
| 1845 | https://heavy.com/pets/2018/10/best-smart-dog-collar/ |
| 1846 | https://marketplace.fedramp.gov/#/products?sort=productName |
| 1847 | https://www.apple.com/iphone/ |
| 1848 | https://www.bestbuy.com/site/smart-watches-accessories/smartwatches/pcmcat321000050004.c?id=pcmcat321000050004 |
| 1849 | https://www.bestbuy.com/site/tvs/smarttvs/pcmcat220700050011.c?id=pcmcat220700050011 |
| 1850 | https://www.digitaltrends.com/business/best-smart-luggage/ |
| 1851 | https://www.digitaltrends.com/mobile/best-smart-wallets/ |
| 1852 | https://www.homedepot.com/b/Smart-Home-Smart-Appliances-Smart-Refrigerators/N-5yc1vZch9h |
| 1853 | https://www.pcmag.com/article/356755/the-best-smart-thermostats |
| 1854 | https://www.pcmag.com/article/361898/the-best-smart-coffee-makers |
| 1855 | https://www.pcmag.com/roundup/341490/the-best-smart-home-securitysystems |
| 1856 | https://www.pcmag.com/roundup/343154/the-best-smart-bathroom-scales |
| 1857 | https://www.safewise.com/resources/smart-doorbell-buyers-guide/ |
| 1858 | https://www.tomsguide.com/us/best-smart-garage-door-openers,review-4476.html |
| 1859 | Husky Injection Molding Systems Ltd., http://www.husky.co/EN-US/ |
| 1860 | Hypertherm, Inc., https://www.hypertherm.com/en-US/ |
| 1867 | iOra (@iOraLtd) | Twitter |
| 1868 | iOra | Linkedin |
| 1869 | Ironhawk (@IronhawkGlobal) | Twitter |
| 1870 | Ironhawk Technologies | LinkedIn |
| 1871 | Ironhawk Technologies Homepage. Ironhawk. http://ironhawk.com/ |
| 1872 | Ironhawk Technologies, Inc. - Home | Facebook |
| 1873 | Ironhawk Technologies, Inc. on Vimeo |
| 1874 | Ironhawk. September 9, 2017. https://web.archive.org/web/20170926141343/http://ironhawk.com/ |
| 1875 | IronhawkTechnologies - YouTube |
| 1876 | Itron, Inc. (f/k/a SmartSynch Inc.), https://www.itron.com/na/about/history |
| 1877 | JSCAPE - Home | Facebook |
| 1878 | JSCAPE (@jscape) | Twitter |
| 1879 | JSCAPE | LinkedIn |
| 1880 | jscapeus - Youtube |
| 1881 | Kohler Co., https://www.us.kohler.com/us/ |

| Exhibit No. | Description |
|---|---|
| 1882 | Konrad, Alex. "The Best Startup Accelerators of 2017." Forbes. June 2017. https://www.forbes.com/sites/alexkonrad/2017/06/07/best-accelerators-of-2017/#4192858610cb (accessed April 15, 2019) |
| 1883 | Lewis, https://www.lewisdrug.com/departments/pharmacy/smart-sync |
| 1884 | LG Electronics, https://www.lg.com/us |
| 1886 | Marin Software, https://marinsoftware.com/ |
| 1888 | MSI-All-in-One PC Software Introductionhttp://event.msi.com/aio/sw/smart_sync.html |
| 1889 | Multi-Cloud File Services and Data Management, Panzurahttps://panzura.com/blog/multi-cloud-file-services-data-management/ |
| 1890 | New Approach to File Synchronization, Panzurahttps://panzura.com/blog/smart-sync-file-synchronization/ |
| 1891 | Nita labeling equipment, https://nitalabelingequipment.com/ |
| 1892 | Nomadic Systems, Inc., http://nomadicsystems.net/ |
| 1893 | Nuwave, LLC, nuwavenow.com |
| 1894 | Panzura Announces Next-Generation SMART Sync Technology, Yahoo Finance https://finance.yahoo.com/news/panzura-announces-next-generation-smart-130000272.html |
| 1895 | Panzura Posts - Facebook https://www.facebook.com/Panzura/posts/1409725999043608 |
| 1896 | Panzura Release SMART Sync, Storage Review https://www.storagereview.com/panzura_release_smart_sync |
| 1897 | Pella Corporation, https://www.pella.com/ |
| 1898 | PMT Property Manager Tools, https://www.propertymanagertools.com/ |
| 1899 | Pre-Installed Apps: HTC One, T-Mobile Support https://support.tmobile.com/docs/DOC-10968 |
| 1900 | Realsmart, https://www.realsmart.co.uk/products/smartsync |
| 1901 | Real-Time Matters, Panzura https://panzura.com/blog/real-time-matters/ |
| 1902 | Registration No. 74353190, "Trademark Status & Document Retrieval - Nomadic Systems Smart Sync" https://tsdr.uspto.gov/#caseNumber=74353190&caseSearchType=US_APPLICATION& caseType=DEFAULT&searchType=statusSearch |
| 1903 | Resilio - Youtube |
| 1904 | Resilio, Inc. - Home | Facebook |
| 1905 | Resilio, Inc. (@ResilioInc) | Twitter |
| 1906 | Resilio, Inc. | LinkedIn |
| 1907 | Sechrist Industries, Inc., https://sechristusa.com/ |
| 1908 | Smart Technologies, Inc., https://www.smarttech.com/ |
| 1909 | SmartSync Pro website." http://smartsync.com/ |
| 1910 | SmartSync Takes Our Audit Work to a Whole New Level, AICPA Store |

| Exhibit No. | Description |
|---|---|
| | https://www.aicpastore.com/Content/media/PRODUCER_CONTENT/Newsletters/Articles_2011/CPA/Oct/SmartSync.jsp |
| 1912 | SmartSync-CaseWare https://documentation.caseware.com/2018/WorkingPapers/en/Content/Engagement_Management/SmartSync/ml_SmartSync.htm |
| 1913 | SmartSync-Step by Step Tutorial, MSI \| Youtube https://www.youtube.com/watch?v=V-THAL05fA0 |
| 1914 | Soundmaster Group, https://www.soundmaster.com/smartsyn.htm |
| 1915 | Synch-Solutions, Inc., https://www.synch-solutions.com/ |
| 1916 | Syncsort - Home \| Facebook |
| 1917 | Syncsort - Youtube |
| 1918 | syncsort (@Syncsort) \| Twitter |
| 1919 | Syncsort \| LinkedIn |
| 1920 | TAW Global LLC, https://tawglobal.com/ |
| 1926 | Trailhead for Salesforce.com, Inc., https://trailhead.salesforce.com/en/content/learn/modules/mobile_sdk_offline/mobilesdk_ offline_smartsync |
| 1927 | Unisource Worldwide, Inc., https://www.veritivcorp.com/ecommercesolutions |
| 1928 | Viewlocity Inc., http://www.viewlocity.com/ |
| 1929 | WEBSITE--"AT&T Smart Sync 5 Inch Internet Viewable Touch Screen Video Monitor" https://www.ebay.com/p/AT-T-Smart-Sync-5-Inch-Internet-Viewable-Touch-Screen-Video-Monitor-23237075/7012073218?iid=303088583945&chn=ps. |
| 1930 | What is Smart Sync? HTChttps://www.htc.com/us/support/htc-10-verizon/howto/smart-sync.html |
| 1931 | Wheatley, Mike. "Panzura aims to make data in software containers available anywhere." SiliconAngle. https://siliconangle.com/2017/11/14/panzura-brings-mobile-persistent-data-software-containers/ |