BROWNE GEORGE ROSS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Lori Sambol Brody (State Bar No. 150545)
  lbrody@bgrfirm.com
Matthew L. Venezia (State Bar No. 313812)
  mvenezia@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff and Counterdefendant
Ironhawk Technologies, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| IRONHAWK TECHNOLOGIES, INC., a Delaware Corporation,<br><br>Plaintiff and Counterdefendant,<br><br>vs.<br><br>DROPBOX, INC., a Delaware corporation,<br><br>Defendant and Counterclaimant. | Case No. 2:18-cv-01481-DDP-JEM<br><br>**DECLARATION OF MATTEW L. VENEZIA IN SUPPORT OF MOTION *IN LIMINE* NO. 1 CONCERNING UNRELATED USES OF SMARTSYNC**<br><br>Judge: Hon. Dean D. Pregerson<br>Trial Date: October 22, 2019<br>Final Pre-Trial Conf. : October 7, 2019 |

1339613.1

## DECLARATION OF MATTHEW L. VENEZIA

I, Matthew L. Venezia, declare and state as follows:

1. I am an attorney at law, duly admitted to practice before this Court and all courts of the State of California. I am an associate with Browne George Ross LLP, counsel of record for Plaintiff and Counterdefendant Ironhawk Technologies, Inc. ("Ironhawk") in this matter. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

2. As counsel for Ironhawk, I am familiar with the history of the discovery proceedings in this manner, and am further privy to the witness list and exhibits for the Joint Exhibit List that have been provided by Dropbox, Inc. ("Dropbox"). Dropbox has not served discovery requests to, deposed any representatives from, nor identified any witnesses on its witness list from any of the purported third-party users of "smart sync" identified in the exhibits included by Dropbox in the Joint Exhibit List.

Executed this 16th day of September 2019, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.



_____
Matthew L. Venezia

1339613.1

-1-

DECLARATION OF MATTEW L. VENEZIA IN SUPPORT OF MOTION *IN LIMINE* NO. 1 CONCERNING UNRELATED USES OF SMARTSYNC

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of September, 2019, I electronically filed the **DECLARATION OF MATTEW L. VENEZIA IN SUPPORT OF MOTION *IN LIMINE* NO. 1 CONCERNING UNRELATED USES OF SMARTSYNC** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

### SERVICE LIST

*Ironhawk Technologies, Inc. vs. Dropbox, Inc.*
**USDC CD CA Case No. 2:18-cv-01481-DDP(JEMx)**

| | |
|---|---|
| Jennifer Lee Taylor<br>Sabrina A. Larson<br>Esther Kim Chang<br>Nicolas T. Herrera<br>Joyce Liou<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105<br>Telephone:   415.268.7000<br>Facsimile:    415.268.7522<br>Email:           jtaylor@mofo.com<br>                    slarson@mofo.com<br>                    echang@mofo.com<br>                    nherrera@mofo.com<br>                    jliou@mofo.com<br>                    Dropbox_MoFo@mofo.com | Attorneys for Defendant and Counterclaimant Dropbox, Inc. |
| Wendy J. Ray<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Los Angeles, California 90017<br>Telephone:   213.892.5200<br>Facsimile:    213.892.5454<br>Email:           wray@mofo.com | |
| Nicholas Ham<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, California  94304<br>Telephone:   650.813.5600<br>Facsimile:    650.494.0792<br>E-mail:          nham@mofo.com | Attorney for Third Parties |

| | | |
|---|---|---|
| 1 | Jeffrey M. Davidson<br>Matthew Q. Verdin | Attorneys for Defendant and Counterclaimant |
| 2 | Rebecca A. Jacobs<br>Clara J. Shin | Dropbox, Inc. |
| 3 | COVINGTON & BURLING LLP<br>415 Mission Street, Suite 5400 | |
| 4 | San Francisco, California 94105<br>Telephone: 415-591-6000 | |
| 5 | Facsimile: 415-591-6091<br>E-mail: jdavidson@cov.com | |
| 6 | rjacobs@cov.com<br>cshin@cov.com | |
| 7 | mverdin@cov.com | |

_____
Andrea A. Augustine

1339613.1

-3-

DECLARATION OF MATTEW L. VENEZIA IN SUPPORT OF MOTION *IN LIMINE* NO. 1 CONCERNING UNRELATED USES OF SMARTSYNC