1  BROWNE GEORGE ROSS LLP
   Keith J. Wesley (State Bar No. 229276)
2    kwesley@bgrfirm.com
   Lori Sambol Brody (State Bar No. 150545)
3    lbrody@bgrfirm.com
   Matthew L. Venezia (State Bar No. 313812)
4    mvenezia@bgrfirm.com
   2121 Avenue of the Stars, Suite 2800
5  Los Angeles, California 90067
   Telephone: (310) 274-7100
6  Facsimile: (310) 275-5697

7  Attorneys for Plaintiff and Counterdefendant
   Ironhawk Technologies, Inc.

8

9                    UNITED STATES DISTRICT COURT

10       CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

11

12  IRONHAWK TECHNOLOGIES, INC.,        Case No. 2:18-cv-01481-DDP-JEM
    a Delaware Corporation,
13                                       **PLAINTIFF IRONHAWK**
14            Plaintiff and              **TECHNOLOGIES, INC.'S**
              Counterdefendant,          **WITNESS LIST**
15
       vs.                               Judge:   Hon. Dean D. Pregerson
16
17  DROPBOX, INC., a Delaware            Trial Date:  October 22, 2019
    corporation,                         Final Pre-Trial Conf. :  October 7, 2019
18
              Defendant and
19            Counterclaimant.

20

21

22

23

24

25

26

27

28

1328429.1

# PLAINTIFF'S WITNESS LIST

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A) and Local Rule 16-2.4 and 16.5, Plaintiff Ironhawk Technologies, Inc. ("Ironhawk") hereby submits the following list of witnesses that Ironhawk expects to call at trial. Witnesses that Ironhawk may call at trial are identified using an asterisk next to the name of the witness. Ironhawk also reserves the right to call any witness disclosed by Defendant in its witness list.

Andrew Houston

Employee of Defendant Dropbox, Inc.

c/o Covington & Burling LLP

Salesforce Tower, 415 Mission Street, Suite 5400

San Francisco, California 94105

(415) 591-7058

Antonio Sarabia*

c/o Covington & Burling LLP

Salesforce Tower, 415 Mission Street, Suite 5400

San Francisco, California 94105

(415) 591-7058

Bradford Lightcap

c/o Covington & Burling LLP

Salesforce Tower, 415 Mission Street, Suite 5400

San Francisco, California 94105

(415) 591-7058

/ / /

/ / /

1  Daniel Cislo

2  c/o Browne George Ross LLP

3  2121 Avenue of the Stars, Suite 2800

4  Los Angeles, California 90067

5  (310) 274-7100

6

7  David Gomes

8  c/o Browne George Ross LLP

9  2121 Avenue of the Stars, Suite 2800

10  Los Angeles, California 90067

11  (310) 274-7100

12

13  David Peyton

14  (via videotaped deposition)

15  c/o Stacey Blaustein, Esq.

16  IBM Corporation

17  1 North Castle Drive

18  Armonk, New York 10501

19

20  Douglas Theodore Huffman*

21  c/o Covington & Burling LLP

22  Salesforce Tower, 415 Mission Street, Suite 5400

23  San Francisco, California 94105

24  (415) 591-7058

25  / / /

26  / / /

27  / / /

28  / / /

1  Francisco Cuellar

2  Browne George Ross LLP

3  2121 Avenue of the Stars, Suite 2800

4  Los Angeles, California 90067

5  (310) 274-7100

6

7  Genevieve Sheehan

8  Employee of Defendant Dropbox, Inc.

9  c/o Covington & Burling LLP

10  Salesforce Tower, 415 Mission Street, Suite 5400

11  San Francisco, California 94105

12  (415) 591-7058

13

14  Hal Poret*

15  c/o Covington & Burling LLP

16  Salesforce Tower, 415 Mission Street, Suite 5400

17  San Francisco, California 94105

18  (415) 591-7058

19

20  Jason Lyman

21  (via videotaped deposition)

22  c/o Covington & Burling LLP

23  Salesforce Tower, 415 Mission Street, Suite 5400

24  San Francisco, California 94105

25  (415) 591-7058

26  / / /

27  / / /

28  / / /

1  <u>Jessie Stricchiola</u>

2  c/o Browne George Ross LLP

3  2121 Avenue of the Stars, Suite 2800

4  Los Angeles, California 90067

5  (310) 274-7100

6

7  <u>Kevin Watt*</u>

8  c/o Covington & Burling LLP

9  Salesforce Tower, 415 Mission Street, Suite 5400

10  San Francisco, California 94105

11  (415) 591-7058

12

13  <u>Lan Xuezhao</u>

14  c/o Covington & Burling LLP

15  Salesforce Tower, 415 Mission Street, Suite 5400

16  San Francisco, California 94105

17  (415) 591-7058

18

19  <u>Michael Kamins*</u>

20  c/o Browne George Ross LLP

21  2121 Avenue of the Stars, Suite 2800

22  Los Angeles, California 90067

23  (310) 274-7100

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1  Michel Tuan Pham*

2  c/o Covington & Burling LLP

3  Salesforce Tower, 415 Mission Street, Suite 5400

4  San Francisco, California 94105

5  (415) 591-7058

6

7  Nina Han*

8  c/o Covington & Burling LLP

9  Salesforce Tower, 415 Mission Street, Suite 5400

10  San Francisco, California 94105

11  (415) 591-7058

12

13  Oppenheimer & Co. (Custodian of Records)

14  85 Broad Street,25th Floor

15  New York, New York 10004

16

17  Patrick Doyle

18  Employee of Defendant Dropbox, Inc.

19  c/o Covington & Burling LLP

20  Salesforce Tower, 415 Mission Street, Suite 5400

21  San Francisco, California 94105

22  (415) 591-7058

23

24  Patrick Kennedy*

25  c/o Covington & Burling LLP

26  Salesforce Tower, 415 Mission Street, Suite 5400

27  San Francisco, California 94105

28  (415) 591-7058

1   Patrick Rowell*

2   (via videotaped deposition)

3   c/o Covington & Burling LLP

4   Salesforce Tower, 415 Mission Street, Suite 5400

5   San Francisco, California 94105

6   (415) 591-7058

7

8   Robert Wunderlich

9   c/o Browne George Ross LLP

10  2121 Avenue of the Stars, Suite 2800

11  Los Angeles, California 90067

12  (310) 274-7100

13

14  Rupinder Gill

15  c/o Browne George Ross LLP

16  2121 Avenue of the Stars, Suite 2800

17  Los Angeles, California 90067

18  (310) 274-7100

19

20  Susan Indermill

21  (via videotaped deposition)

22  Gregg Nivala, Esq.

23  CACI

24  1100 North Glebe Road

25  Arlington, Virginia 22201

26  / / /

27  / / /

28  / / /

1328429.1

-6-

PLAINTIFF IRONHAWK TECHNOLOGIES, INC.'S WITNESS LIST

1    <u>Warren Tam*</u>

2    Employee of Defendant Dropbox, Inc.

3    c/o Covington & Burling LLP

4    Salesforce Tower, 415 Mission Street, Suite 5400

5    San Francisco, California 94105

6    (415) 591-7058

7

8    Dated:  September 16, 2019      BROWNE GEORGE ROSS LLP

9                                      Keith J. Wesley

                                       Lori Sambol Brody

10                                  Matthew L. Venezia

11

12               By:     *_/s/Matthew L. Venezia_*

13                            Matthew L. Venezia

              Attorneys for Plaintiff and Counterdefendant

              Ironhawk Technologies, Inc.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2

      I hereby certify that on this 16th  day of September, 2019, I electronically filed

3

the foregoing   **PLAINTIFF IRONHAWK TECHNOLOGIES, INC.'S**

4

**WITNESS LIST** with the Clerk of the Court using the CM/ECF system which will

5

send notification of such filing to the following:

6

**SERVICE LIST**

7

*Ironhawk Technologies, Inc. vs. Dropbox, Inc.*
**USDC CD CA Case No. 2:18-cv-01481-DDP(JEMx)**

8

9

Jennifer Lee Taylor
Sabrina A. Larson

Attorneys for Defendant and
Counterclaimant

10

Esther Kim Chang
Nicolas T. Herrera

Dropbox, Inc.

11

Joyce Liou
MORRISON & FOERSTER LLP

12

425 Market Street
San Francisco, California 94105

13

Telephone:   415.268.7000
Facsimile:    415.268.7522

14

Email:        jtaylor@mofo.com
      slarson@mofo.com

15

      echang@mofo.com
      nherrera@mofo.com

16

      jliou@mofo.com
      Dropbox_MoFo@mofo.com

17

18

Wendy J. Ray
MORRISON & FOERSTER LLP

19

707 Wilshire Boulevard
Los Angeles, California 90017

20

Telephone:  213.892.5200
Facsimile:   213.892.5454

21

Email:        wray@mofo.com

22

23

Nicholas Ham
MORRISON & FOERSTER LLP

Attorney for Third Parties

24

755 Page Mill Road
Palo Alto, California  94304

25

Telephone:  650.813.5600
Facsimile:   650.494.0792

E-mail:       nham@mofo.com

26

27

28

1328429.1

PLAINTIFF IRONHAWK TECHNOLOGIES, INC.'S WITNESS LIST

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Jeffrey M. Davidson
Matthew Q. Verdin
Rebecca A. Jacobs
Clara J. Shin
COVINGTON & BURLING LLP
415 Mission Street, Suite 5400
San Francisco, California  94105
Telephone:   415-591-6000
Facsimile:   415-591-6091
E-mail:            jdavidson@cov.com
                    rjacobs@cov.com
                    cshin@cov.com
                    mverdin@cov.com

Attorneys for Defendant and
Counterclaimant
Dropbox, Inc.

_____
Andrea A. Augustine