CLARA J. SHIN (SBN 214809)
cshin@cov.com
JEFFREY M. DAVIDSON (SBN 248620)
jdavidson@cov.com
REBECCA ARIEL JACOBS (SBN 294430)
rjacobs@cov.com
MATTHEW Q. VERDIN (SBN 306713)
mverdin@cov.com
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: 415-591-7058
Facsimile: 415-591-6091

Attorneys for Defendant and Counter-Claimant
DROPBOX, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

IRONHAWK TECHNOLOGIES, INC.,

Plaintiff and Counter-Defendant,

v.

DROPBOX, INC.,

Defendant and Counter-Claimant.

Case No. 2:18-cv-01481 DDP (JEMx)

**DROPBOX'S WITNESS LIST**

Trial Date: October 22, 2019
Pre-Trial Conference: October 7, 2019
Hon. Dean D. Pregerson

**DEFENDANT'S WITNESS LIST**

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A) and Local Rules 16-2.4 and 16.5, Defendant Dropbox Inc., ("Dropbox") hereby submits the following list of witnesses that Dropbox expects to call at trial. Witnesses that Dropbox may call at trial are identified using an asterisk next to the name of the witness. Dropbox also reserves the right to call any witness disclosed by Plaintiff in its witness list.

Doyle, Patrick*
c/o Covington & Burling LLP
Salesforce Tower, 415 Mission Street, Suite 5400
San Francisco, California 94105
(415) 591-7058

Gill, Rupinder
c/o Browne George Ross LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
(310) 274-7100

Gomes, David
c/o Browne George Ross LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
(310) 274-7100

Han, Nina
c/o Covington & Burling LLP
Salesforce Tower, 415 Mission Street, Suite 5400
San Francisco, California 94105
(415) 591-7058

Hirou, Bradley
(Live or via videotaped deposition)
c/o Browne George Ross LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
(310) 274-7100

Indermill, Susan
(Live or via videotaped deposition)
Gregg Nivala, Esq.
CACI
1100 North Glebe Road
Arlington, Virginia 22201

Jay, Oliver
c/o Covington & Burling LLP
Salesforce Tower, 415 Mission Street, Suite 5400
San Francisco, California 94105
(415) 591-7058

Kennedy, Patrick*
c/o Covington & Burling LLP
Salesforce Tower, 415 Mission Street, Suite 5400
San Francisco, California 94105
(415) 591-7058

Lightcap, Bradford
c/o Covington & Burling LLP
Salesforce Tower, 415 Mission Street, Suite 5400
San Francisco, California 94105
(415) 591-7058

Lyman, Jason
(Live or via videotaped deposition)
c/o Covington & Burling LLP
Salesforce Tower, 415 Mission Street, Suite 5400
San Francisco, California 94105
(415) 591-7058

Peyton, David
(Live or via videotaped deposition)
c/o Stacey Blaustein, Esq.
IBM Corporation
1 North Castle Drive
Armonk, New York 10501

Poret, Hal
c/o Covington & Burling LLP
Salesforce Tower, 415 Mission Street, Suite 5400
San Francisco, California 94105
(415) 591-7058

Rowell, Patrick
(Live or via videotaped deposition)
c/o Covington & Burling LLP
Salesforce Tower, 415 Mission Street, Suite 5400
San Francisco, California 94105
(415) 591-7058

Sarabia, Antonio*
c/o Covington & Burling LLP
Salesforce Tower, 415 Mission Street, Suite 5400
San Francisco, California 94105
(415) 591-7058

Sheehan, Genevieve
c/o Covington & Burling LLP
Salesforce Tower, 415 Mission Street, Suite 5400
San Francisco, California 94105
(415) 591-7058

Stanley, Douglas
c/o Browne George Ross LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
(310) 274-7100

Theodore Huffman, Douglas
c/o Covington & Burling LLP
Salesforce Tower, 415 Mission Street, Suite 5400
San Francisco, California 94105
(415) 591-7058

Tuan Pham, Michel
c/o Covington & Burling LLP
Salesforce Tower, 415 Mission Street, Suite 5400
San Francisco, California 94105
(415) 591-7058

Watt, Kevin
c/o Covington & Burling LLP
Salesforce Tower, 415 Mission Street, Suite 5400
San Francisco, California 94105
(415) 591-7058

Vashee, Sheila*
(Live or via videotaped deposition)
c/o Covington & Burling LLP
Salesforce Tower, 415 Mission Street, Suite 5400
San Francisco, California 94105
(415) 591-7058

Xuezhao, Lan
c/o Covington & Burling LLP
Salesforce Tower, 415 Mission Street, Suite 5400
San Francisco, California 94105
(415) 591-7058

Dated: September 16, 2019

COVINGTON & BURLING LLP

By: */s/ Clara J. Shin*
Clara J. Shin

Attorneys for Defendant and Counter-Claimant
DROPBOX, INC.

## CERTIFICATE OF SERVICE

I hereby certify that, on September 16, 2019 I filed the foregoing Dropbox's Witness List with the Court through the Court's CM/ECF system. Pursuant to Local Rule 5-3.2, the "Notice of Electronic Filing" automatically generated by the CM/ECF system at the time of filing constitutes service on all attorneys who have appeared in this case.

By: */s/ Clara J. Shin*
Clara J. Shin

Attorneys for Defendant and Counter-Claimant
DROPBOX, INC.