BROWNE GEORGE ROSS LLP
Keith J. Wesley (State Bar No. 229276)
kwesley@bgrfirm.com
Lori Sambol Brody (State Bar No. 150545)
lbrody@bgrfirm.com
Matthew L. Venezia (State Bar No. 313812)
mvenezia@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff and Counterdefendant
Ironhawk Technologies, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

IRONHAWK TECHNOLOGIES, INC., a Delaware Corporation,

Plaintiff and Counterdefendant,

vs.

DROPBOX, INC., a Delaware corporation,

Defendant and Counterclaimant.

Case No. 2:18-cv-01481-DDP-JEM

**PLAINTIFF IRONHAWK TECHNOLOGIES, INC.'S PROPOSED SPECIAL VERDICT FORM**

Judge: Hon. Dean D. Pregerson
Trial Date: October 22, 2019
Final Pre-Trial Conf. : October 7, 2019

We, the jury in the above-entitled cause, find the following on the questions submitted to us:

1. a. Is defendant liable for trademark infringement?

Yes ______ No ______

b. If you answered "yes," was the infringement willful?

Yes ______ No ______

2. a. Is defendant liable for committing common law unfair competition?

Yes ______ No ______

b. If you answered "yes," is there clear and convincing evidence that defendant engaged in common law unfair competition with malice, oppression or reckless disregard of the plaintiff's rights?

Yes ______ No ______

If you answered "yes" to question 1.a. or 2.a., then answer question 3. If you answered "yes" to question 1.b., then answer question 4. If you answered "no" to every part of questions 1 and 2, then skip questions 3-5, and sign, date, and return the form.

3. What is the total amount of plaintiff's actual damages, if any?

$ ________________________________

4. What is the total amount of profits of the defendant, if any, attributable to the trademark infringement or unfair competition?

$ _________________________________

If you answered "yes" to question 2.b., then answer question 5. If you answered "no" to question 2.b., then skip question 5 and sign, date, and return the form.

5. What is the total amount of punitive damages, if any, you award to plaintiff and against defendant?

$ ________________________________

Please date, sign and, return this form.

Dated: __________, 2019 ________________________________
Foreperson