BROWNE GEORGE ROSS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Lori Sambol Brody (State Bar No. 150545)
  lbrody@bgrfirm.com
Matthew L. Venezia (State Bar No. 313812)
  mvenezia@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff and Counterdefendant
Ironhawk Technologies, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| IRONHAWK TECHNOLOGIES, INC., a Delaware Corporation,<br><br>          Plaintiff and Counterdefendant,<br><br>     vs.<br><br>DROPBOX, INC., a Delaware corporation,<br><br>          Defendant and Counterclaimant. | Case No. 2:18-cv-01481-DDP-JEM<br><br>**PLAINTIFF IRONHAWK TECHNOLOGIES, INC.'S PROPOSED STATEMENT OF CASE**<br><br>Judge:  Hon. Dean D. Pregerson<br>Trial Date: October 22, 2019<br>Final Pre-Trial Conf. : October 7, 2019 |

1338969.1

## STATEMENT OF THE CASE

The plaintiff in this trial is a business called Ironhawk Technologies, Inc., or Ironhawk for short. Ironhawk is listed as the owner of a federal registration for the trademark SmartSync® for the category of "computer software for replicating files." Ironhawk claims that it has continuously used the SmartSync trademark to market and sell its computer software products for approximately 15 years.

The defendant is a business called Dropbox, Inc., or Dropbox for short. Dropbox is a technology company that provides computer file hosting services, as well as a suite of features that allow users to share files and work together as teams. In January of 2017, Dropbox announced that it had named a new feature as Smart Sync. Dropbox has continued to use the Smart Sync name since then.

Ironhawk alleges that Dropbox's use of the name Smart Sync infringes upon its federally registered SmartSync® trademark and constitutes unfair competition. Ironhawk further alleges that Dropbox's infringement is willful and malicious because Dropbox had knowledge that Ironhawk owned the SmartSync® trademark prior to its launch of its own Smart Sync feature. Ironhawk seeks an injunction prohibiting Dropbox from using the Smart Sync name, as well as a reasonable royalty for past use, a disgorgement of wrongful gain, and punitive damages.

Dropbox denies that Ironhawk owns a trademark in the name SmartSync®, denies that it has engaged in trademark infringement or unfair competition, and denies that Ironhawk is entitled to the relief it requests. In addition, Dropbox asserts various affirmative defenses to Ironhawk's claims, including that Dropbox's use of the Smart Sync name constitutes fair use and that Ironhawk failed to mitigate its damages.

| | | |
|---|---|---|
| 1 | Dated: September 30, 2019 | BROWNE GEORGE ROSS LLP |
| 2 | | Keith J. Wesley |
| 3 | | Lori Sambol Brody |
| | | Matthew L. Venezia |
| 4 | | |
| 5 | | By:    /s/ Keith J. Wesley |
| | | Keith J. Wesley |
| 6 | | Attorneys for Plaintiff and Counterdefendant |
| 7 | | Ironhawk Technologies, Inc. |

1338969.1

-2-