CLARA J. SHIN (SBN 214809)
cshin@cov.com
JEFFREY M. DAVIDSON (SBN 248620)
jdavidson@cov.com
REBECCA ARIEL JACOBS (SBN 294430)
rjacobs@cov.com
MATTHEW Q. VERDIN (SBN 306713)
mverdin@cov.com
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: 415-591-7058
Facsimile: 415-591-6091

Attorneys for Defendant and Counter-Claimant
DROPBOX, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| IRONHAWK TECHNOLOGIES, INC., <br><br> Plaintiff and Counter-Defendant, <br><br> v. <br><br> DROPBOX, INC., <br><br> Defendant and Counter-Claimant. | Case No. 2:18-cv-01481 DDP (JEMx) <br><br> **NOTICE OF LODGING OF [PROPOSED] FINAL PRETRIAL CONFERENCE ORDER** <br><br><br> Trial Date: October 22, 2019 <br> Pre-Trial Conference: October 7, 2019 <br> Hon. Dean D. Pregerson |
|---|---|

**TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant and Counter-Claimant Dropbox, Inc., hereby lodges the attached [Proposed] Final Pretrial Conference Order.

Dated: September 30, 2019         COVINGTON & BURLING LLP

By: */s/ Clara J. Shin*
 Clara J. Shin

Attorneys for Defendant-Counterclaimant
DROPBOX, INC.