# EXHIBIT B

# EXHIBIT B

## Dropbox's Objections to Ironhawk's Trial Exhibits

| Ex. No. | DESCRIPTION | OBJECTIONS |
|---|---|---|
| 7 | Document titled, Copy Decisions Summary (Rowell Ex. 7) Dropbox_0000000038-0000000054 | Lack of foundation, Relevance (FRE 402), Unfair prejudice (FRE 403), Authentication (FRE 901) |
| 13 | 6/29/15 Project IGNITE Conference Call Details and Key Discussion (Jay Ex. 13, B. Lightcap Ex. 31, Sheehan Ex. 57, Xuezhao Ex. 23) IRONHAWK-D_000049512 | Lack of foundation, Unfair prejudice (FRE 403), Authentication (FRE 901) |
| 14 | June 2015 Project IGNITE Executive Summary (Jay Ex. 14, Houston Ex. 149, Xuezhao Ex. 24 same as B. Lightcap Ex. 32) IRONHAWK-D_000045476-000045494 | Evidence not admissible by Ironhawk for any hearsay purpose (FRE 802), evidence is admissible by Dropbox as party admission (FRE 801); see also FRE 105 (evidence may be admitted for one party or purpose but not another party or purpose) |
| 15 | 6/29/15 M. Lippert email to D. Gomes cc: J. Espinoza, G. Stucker re Dropbox (Jay Ex. 15, B. Lightcap Ex. 33, Xuezhao Ex. 25) IRONHAWK-D_000045475 | Evidence not admissible by Ironhawk for any hearsay purpose (FRE 802), evidence is admissible by Dropbox as party admission (FRE 801); see also FRE 105 (evidence may be admitted for one party or purpose but not another party or purpose) |
| 18 | Federal Subpoena to Testify at a Deposition in a Civil Action to Oliver Jay (Jay Ex. 18) 3 pages | Relevance (FRE 402), Unfair prejudice, misleading the jury (FRE 403) |

| 19 | 2/17/19 Declaration of Oliver Jay in Support of Third Parties' Opposition to Plaintiff Ironhawk Technologies, Inc.'s Ex Parte Motion for an Order to Show Cause and Monetary Sanctions (Jay Ex. 19) *2 pages* | Relevance (FRE 402), Unfair prejudice, confusing the issues, cumulative (FRE 403) |
|---|---|---|
| 22 | 6/23/15 M. Lippert email to D. Gomes cc: G. Stucker, J. Espinoza re Dropbox (B. Lightcap Ex. 30, Sheehan Ex. 56, Xuezhao Ex. 22) IRONHAWK-D_000045359 | Lack of foundation, Authentication (FRE 901), Hearsay (FRE 802) |
| 28 | Federal Subpoena to Testify at a Deposition in a Civil Action to Lan Xuezhao (Xuezhao Ex. 28) *3 pages* | Relevance (FRE 402), Unfair prejudice, misleading the jury (FRE 403) |
| 29 | 2/07/19 Declaration of Lan Xuezhao in Support of Third Parties' Opposition to Plaintiff Ironhawk Technologies, Inc.'s Ex Parte Motion for an Order to Show Cause and Monetary Sanctions (Xuezhao Ex. 29) *2 pages* | Relevance (FRE 402), Unfair prejudice, confusing the issues, cumulative (FRE 403) |
| 36 | Printout of metadata entitled, "DROPBOX_0000001459" (Lightcap Ex. 36, Sheehan Ex. 60) *1 page* | Lack of foundation, Unfair prejudice, cumulative (FRE 403), Authentication (FRE 901), Hearsay (FRE 802) |
| 37 | 1/25/19 Federal Subpoena to Testify at a Deposition in a Civil Action to Brad Lightcap (Lightcap Ex. 37) *3 pages* | Relevance (FRE 402), Unfair prejudice, misleading the jury (FRE 403) |
| 38 | 2/07/19 Declaration of Brad Lightcap in Support of Third Parties' Opposition to Plaintiff Ironhawk Technologies, Inc.'s Ex Parte Motion for an Order to Show Cause and Monetary Sanctions (B. Lighcap Ex. 38) *2 pages* | Relevance (FRE 402), Unfair prejudice, confusing the issues, cumulative (FRE 403) |

| 39 | 3/13/19 Plaintiff Ironhawk Technologies, Inc.'s Second Amended Notice of Deposition of Defendant Dropbox, Inc. (Sheehan Ex. 39) *6 pages* | Relevance (FRE 402), Unfair prejudice, confusing the issues (FRE 403) |
|----|----|----|
| 58 | 6/29/15 M. Lippert email to D. Gomes cc: J. Espinoza, G. Stucker re Dropbox attaching Project IGNITE - Reference Materials 6.29.2015.pdf (Sheehan Ex. 58) | Lack of foundation, Authentication (FRE 901), Hearsay (FRE 802) |
| 59 | Spreadsheet (Sheehan Ex. 59) *15 pages* | Lack of foundation, Relevance (FRE 402), Unfair prejudice, cumulative (FRE 403), Authentication (FRE 901), Hearsay (FRE 802) |
| 66 | 1/15/19 Google Search re SmartSync (Sheehan Ex. 66) IRONHAWK-D_000050603-000050604 | Lack of foundation, Relevance (FRE 402), Unfair prejudice (FRE 403), Authentication (FRE 901) |
| 67 | 1/15/19 Google Search re Smart Sync (Sheehan Ex. 67) IRONHAWK-D_000050601-000050602 | Lack of foundation, Relevance (FRE 402), Unfair prejudice (FRE 403), Authentication (FRE 901) |
| 69 | Plaintiff Ironhawk Technologies, Inc.'s Second Amended Notice of Deposition of Defendant Dropbox, Inc. (Doyle, Ex. 69) *7 pages* | Relevance (FRE 402), Unfair prejudice, misleading the jury (FRE 403) |
| 71 | 2018 Revenue by SKU Spreadsheet (Doyle Ex. 71) *2 pages* | Lack of foundation, Relevance (FRE 402), Unfair prejudice, confusing the issues (FRE 403), *see also* Dkt. 189-5, Dropbox's MIL No. 3 (seeking exclusion for lack of relevance and under Rule 403) |
| 72 | 3/11/19 ARR Definition and Policy (Doyle Ex. 72) DROPBOX_0000002886-0000002893 | Lack of foundation, Authentication (FRE 901) |

| 73 | 1/31/17 - 12/31/18 Spreadsheet (Doyle Ex. 73) DROPBOX_0000001789 | Lack of foundation, Relevance (FRE 402), Unfair prejudice (FRE 403), Authentication (FRE 901), *see also* Dkt. 189-5, Dropbox's MIL No. 3 (seeking exclusion for lack of relevance and under Rule 403) |
|---|---|---|
| 74 | 1/31/17 - 12/31/18 Spreadsheet (Doyle Ex. 74) DROPBOX_0000001790 | Lack of foundation, Relevance (FRE 402), Unfair prejudice (FRE 403), Authentication (FRE 901), *see also* Dkt. 189-5, Dropbox's MIL No. 3 (seeking exclusion for lack of relevance and under Rule 403) |
| 75 | 12/31/15 - 12/31/18 Spreadsheet re ARR - US only (Doyle Ex. 75) *18 pages* | Lack of foundation, Relevance (FRE 402), Unfair prejudice , cumulative (FRE 403), Authentication (FRE 901), *see also* Dkt. 189-5, Dropbox's MIL No. 3 (seeking exclusion for lack of relevance and under Rule 403) |
| 78 | Spreadsheet re Teams Retention Rates (Doyle Ex. 78) *8 pages* | Lack of foundation, Relevance (FRE 402), Unfair prejudice (FRE 403), *see also* Dkt. 189-5, Dropbox's MIL No. 3 (seeking exclusion for lack of relevance and under Rule 403) |
| 79 | Chart re SmartSync (Doyle Ex. 79) | Lack of foundation, Relevance (FRE 402), Unfair prejudice, confusing the issues (FRE 403), Authentication (FRE 901) |
| 81 | Ironhawk Smartsync Trademark Principal Register dated Jan. 16, 2007 (Han Ex. 81) *1 page* | Lack of foundation, Authentication (FRE 901) |

| 82 | Ninth Circuit Recitation re 15.18 Infringement-Likelihood of Confusion-Factors-Sleekcraft Test (Han Ex. 82) *2 pages* | Lack of foundation, Confusing the issues (FRE 403), Authentication (FRE 901), Improper instruction on law, jury instructions will be given by the Court |
|---|---|---|
| 85 | 3/14/19 Dropbox Blog announcing project infinite "A Revolutionary new way to access all your files", by Genevieve Sheehan (Han Ex. 85) *6 pages* | Lack of foundation, Cumulative (FRE 403), Authentication (FRE 901) <br><br> Inaccurate description. This content was published on April 26, 2016, not March 14, 2019. |
| 91 | 9/27/16 S. Vashee email to T. Jackson, A. Ferdowsi, P. Rowell re FWD: Infinite naming - feedback needed (Han Ex. 91) Dropbox_0000001541-0000001543 | Relevance (FRE 401); Improper opinion testimony by a lay witness (FRE 701); Lacks foundation; Unfair prejudice, confusing the issues, misleading the jury (FRE 403); Hearsay (FRE 802) |
| 107 | 3/14/19 Businesswire.com article re "Dropbox Transforms Teamwork with New Products and Business Plans | Inaccurate description. This is a press release dated January 30, 2017, not an article dated March 14, 2019. |
| 135 | 9/26/16 P. Rowell email to S. Vashee cc: S. Charlton, C. Whitehead re Drew naming email draft (Houston Ex. 135) Dropbox_0000001545-0000001548 | Relevance (FRE 401); Improper opinion testimony by a lay witness (FRE 701); Lacks foundation; Unfair prejudice, confusing the issues, misleading the jury (FRE 403) |
| 138 | 2/28/19 Kevin Jeffrey Watt Deposition Transcript p. 29, 78 | Hearsay (FRE 802), Witness is testifying at trial. To the extent this witness's deposition is being designated as trial testimony, designations and objections thereto are handled separately. |

| 139 | 3/06/19 Patrick Rowell Deposition Transcript p. 39, 96 | Hearsay (FRE 802), Witness is testifying at trial.  To the extent this witness's deposition is being designated as trial testimony, designations and objections thereto are handled separately. |
|---|---|---|
| 146 | Dropbox Spreadsheet (Houston Ex. 146) *10 pages* | Lack of foundation, Relevance (FRE 402), Unfair prejudice, cumulative (FRE 403), Authentication (FRE 901), Hearsay (FRE 802) |
| 147 | Dropbox Spreadsheet (Houston Ex. 147) *1 page* | Lack of foundation, Relevance (FRE 402), Unfair prejudice, confusing the issues (FRE 403), Authentication (FRE 901), Hearsay (FRE 802), *see also* Dkt. 189-5, Dropbox's MIL No. 3 (seeking exclusion for lack of relevance and under Rule 403) |
| 150 | Federal Subpoena to Testify at a Deposition in a Civil Action (Watt Ex. 1) *3 pages* | Relevance (FRE 402), Unfair prejudice, misleading the jury (FRE 403) |
| 151 | Plaintiff Ironhawk Technologies, Inc.'s Amended Notice of Deposition of Kevin Watt (Watt Ex. 2) *3 pages* | Relevance (FRE 402), Unfair prejudice, misleading the jury (FRE 403) |
| 158 | Federal Subpoena to Testify at a Deposition in a Civil Action to CACI International, Inc. (Testa-Indermill Ex. 1) *7 pages* | Relevance (FRE 402), Unfair prejudice, misleading the jury (FRE 403) |
| 159 | 5/08/18 D. Downs email to S. Indermill re MAC Opportunity (Testa-Indermill Ex. 2) CACI000108-000109 | Relevance (FRE 402), Cumulative (FRE 403) |

| 162 | 2/21/19 D. Gomes email to J. Batt, S. Indermill cc: G. Rupinder re Ironhawk Follow Up (Testa Indermill Ex. 5) CACI000103-000105 | Relevance (FRE 402), Cumulative (FRE 403) |
|---|---|---|
| 163 | Federal Subpoena to Testify at Deposition in a Civil Action to CACI International Inc. (Testa Ex. 1 - Salesforce matter) | Relevance (FRE 402), Unfair prejudice, misleading the jury (FRE 403) |
| 164 | Federal Subpoena to Produce Documents, Information or Objects or to Permit Inspection of Premises in a Civil Action (Testa Ex. 2 - Salesforce matter) IRONHAWK-D_000052034-000052040 | Relevance (FRE 402), Unfair prejudice, misleading the jury (FRE 403) |
| 165 | Ironhawk Technologies, Inc. v. Salesforce.com, Inc. USDC, Central District, Western Division Complaint for (1) Violation of the Lanham Act; and (2) California Unfair Competition, Case No. 2:17- cv-8277 | Cumulative, confusing the issues, misleading the jury (FRE 403), Hearsay (FRE 802) |
| 166 | Ironhawk - CACI Federal Group VAR Agreement (Testa Ex. 4 - Salesforce matter) CACI-000352-000373/IRONHAWK-D_000052052-000052073 | Relevance (FRE 402), Cumulative (FRE 403) |
| 168 | 1/19/17 S. Indermill email to D. Gomes re Ironhawk Data Compression (Testa Ex. 6 - Salesforce matter) CACI-000597-000598/IRONHAWK-D_000052082-000052083 | Relevance (FRE 402), Cumulative (FRE 403), Hearsay (FRE 802) |
| 169 | 2/10/17 D. Gomes email to S. Indermill cc: R. Gill re FW: Non-Disclosure (Testa Ex. 7 - Salesforce matter) CACI-000226/IRONHAWK-D_000052084 | Relevance (FRE 402), Cumulative (FRE 403) |

| 170 | 2/14/17 S. Indermill email to D. Gomes re AFCEA-W (Testa Ex. 8 - Salesforce matter) CACI-000518/IRONHAWK-D_000052085 | Relevance (FRE 402), Cumulative (FRE 403) |
|---|---|---|
| 173 | 3/19/17 D. Gomes email to P. Andre, D. Mirabal, W. Stash, R. Gill, S. Indermill re Ironhawk Demo Software (Testa Ex. 11 - Salesforce matter) CACI-000392-000393/IRONHAWK-D_000052090-000052091 | Relevance (FRE 402), Cumulative (FRE 403) |
| 174 | 4/19/17 D. Gomes email to S. Indermill re RFI response (Testa Ex. 12 - Salesforce matter) CACI-000603/IRONHAWK-D_000052092 | Relevance (FRE 402), Cumulative (FRE 403) |
| 177 | 5/04/17 D.Gomes email to S. Indermill to FWD: re: Sending Ubuntu Containers via SmartSync (Testa Ex. 15 - Salesforce matter) CACI-000387/IRONHAWK-D_000052095 | Relevance (FRE 402), Cumulative (FRE 403) |
| 178 | 9/18/17 D. Gomes email to P. Andre cc R. Gill re TA and SSJ (Testa Ex. 16 - Salesforce matter) CACI-000102-000105/IRONHAWK-D_000052096-000052099 | Relevance (FRE 402), Cumulative (FRE 403) |
| 179 | 11/09/17 D. Gomes email to S. Indermill re Data Replication Report (Testa Ex. 17 - Salesforce matter) CACI-000001-000029/IRONHAWK-D_000052100-000052116 | Relevance (FRE 402), Cumulative (FRE 403) |
| 180 | 11/13/17 S. Indermill email to D. Gomes re Edits for POC's (Testa Ex. 18 - Salesforce matter) CACI-000383-000384/IRONHAWK-D_000052117-000052118 | Relevance (FRE 402), Cumulative (FRE 403) |

| 200 | Federal Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to Bradley Hirou (B. Hirou Ex. 200) *6 pages* | Relevance (FRE 402), Unfair prejudice, misleading the jury (FRE 403) |
|---|---|---|
| 201 | 3/18/19 Applied Control Concepts - Home Page, About Us, Products, Services and Solutions, Website Screenshots (B. Hirou Ex. 201) *9 pages* | Lack of foundation, Authentication (FRE 901), Hearsay (802) |
| 202 | 3/18/19 Printout of Bradley Hirou LinkedIn profile (B. Hirou Ex. 202) *3 pages* | Lack of foundation, Authentication (FRE 901), Hearsay (802) |
| 203 | Ironhawk Stock Ownership Recap Post Split at 6/30/2012 (B. Hirou Ex. 203) IRONHAWK-D_000016461 | Evidence not admissible by Ironhawk for any hearsay purpose (FRE 802), evidence is admissible by Dropbox as party admission (FRE 801); see also FRE 105 (evidence may be admitted for one party or purpose but not another party or purpose); Lack of foundation; Authentication (FRE 901) |

| 204 | 6/26/15 Calendar Invite re Ironhawk Internal Dropbox Pre Meeting (B. Hirou Ex. 204) IRONHAWK-D_000045373 | Evidence not admissible by Ironhawk for any hearsay purpose (FRE 802), evidence is admissible by Dropbox as party admission (FRE 801); see also FRE 105 (evidence may be admitted for one party or purpose but not another party or purpose); Lack of foundation; Authentication (FRE 901); Unfair prejudice, confusing the issues, misleading the jury (FRE 403); Improper opinion testimony by lay witness (FRE 701) |
|---|---|---|
| 205 | 6/24/15 J. Espinoza email to D. Gomes, M. Lippert cc: G. Stucker, R. Gill, B. Hirou re Dropbox, Attaching Project IGNITE Dropbox 6.29.15 Draft.pdf, Project IGNITE Reference Materials 3.29.2015.pptx (B. Hirou Ex. 205) IRONHAWK-D_000026172-000026194 | Evidence not admissible by Ironhawk for any hearsay purpose (FRE 802), evidence is admissible by Dropbox as party admission (FRE 801); see also FRE 105 (evidence may be admitted for one party or purpose but not another party or purpose;  Relevance (FRE 401); Improper opinion testimony by lay witness (FRE 701) |
| 206 | 6/29/15 Calendar Invite re Dropbox Post Mortem (B. Hirou Ex. 206) IRONHAWK-D_000045502 | Evidence not admissible by Ironhawk for any hearsay purpose (FRE 802), evidence is admissible by Dropbox as party admission (FRE 801); see also FRE 105 (evidence may be admitted for one party or purpose but not another party or purpose) |

| 207 | Ironhawk Technologies, Inc. Commercial Price List (B. Hirou Ex. 207, Gomes Ex. 239) IRONHAWK-D_000050568-000050671 | Evidence not admissible by Ironhawk for any hearsay purpose (FRE 802), evidence is admissible by Dropbox as party admission (FRE 801); see also FRE 105 (evidence may be admitted for one party or purpose but not another party or purpose); Misleading the jury (FRE 403) |
| --- | --- | --- |
| 208 | 2/20/12 D. Gomes email to B. Hirou re Format Reminder (B. Hirou Ex. 208) IRONHAWK-D_000013586 | Evidence not admissible by Ironhawk for any hearsay purpose (FRE 802), evidence is admissible by Dropbox as party admission (FRE 801); see also FRE 105 (evidence may be admitted for one party or purpose but not another party or purpose; Misleading the jury (FRE 403); Relevance (FRE 401) |
| 209 | 5/02/13 D. Gomes email to B. Hirou re Updated Hirou Action Items (B. Hirou Ex. 209) IRONHAWK-D_000016712 | Evidence not admissible by Ironhawk for any hearsay purpose (FRE 802), evidence is admissible by Dropbox as party admission (FRE 801); see also FRE 105 (evidence may be admitted for one party or purpose but not another party or purpose); Misleading the jury (FRE 403); Relevance (FRE 401) |

| 231 | 3/18/19 printout of Ironhawk.com About Us pages (Gomes Ex. 231) Dropbox_0000002956-0000002961 | Evidence not admissible by Ironhawk for any hearsay purpose (FRE 802), evidence is admissible by Dropbox as party admission (FRE 801); see also FRE 105 (evidence may be admitted for one party or purpose but not another party or purpose) |
| --- | --- | --- |
| 232 | 3/19/18 Estimate Your Own Data Savings - Ironhawk Technologies, Inc. (Gomes Ex. 232, Gill Ex. 232) Dropbox_0000002962 | Relevance (FRE 402), Cumulative (FRE 403) |
| 233 | 3/19/19 printout from http://ironhawk.com/ (Gomes Ex. 233, Gill Ex. 233) Dropbox_0000002963 | Relevance (FRE 402), Cumulative (FRE 403) |
| 234 | 3/18/19 printout from http://ironhawk.com/smartsync-enterprise-software/ (Gomes Ex. 234) Dropbox_0000002993-0000002996 | Evidence not admissible by Ironhawk for any hearsay purpose (FRE 802), evidence is admissible by Dropbox as party admission (FRE 801); see also FRE 105 (evidence may be admitted for one party or purpose but not another party or purpose) |
| 235 | 3/18/19 printout re SmartSync DCS Secure Data Replication Software for Challenged Networks - Ironhawk (Gomes Ex. 235) Dropbox_0000002985-0000002992 | Evidence not admissible by Ironhawk for any hearsay purpose (FRE 802), evidence is admissible by Dropbox as party admission (FRE 801); see also FRE 105 (evidence may be admitted for one party or purpose but not another party or purpose) |
| 236 | 3/19/19 printout re http://ironhawk.com/ Designed for Challenged Networks (Gomes Ex. 236) Dropbox_0000002964 | Relevance (FRE 402), Cumulative (FRE 403) |

| 237 | 3/19/19 printout from http://ironhawk.com/ Secure Data Replication Software (Gomes Ex. 237, Gill Ex. 237) Dropbox_0000002965 | Relevance (FRE 402), Cumulative (FRE 403) |
|---|---|---|
| 238 | Spreadsheet re SmartSync DCS Platform Server, Platform Station and Platform Client License (Per User)(Gomes Ex. 238) IRONHAWK-D_000050564 | Lacks foundation, Relevance (FRE 402), Cumulative (FRE 403), Hearsay (FRE 802) |
| 240 | 8/11/17 Product Pricing Report (GS-35F-0150T) (Gomes Ex. 240) IRONHAWK-D_000050397-000050404 | Lacks foundation, Relevance (FRE 402), Cumulative (FRE 403), Hearsay (FRE 802) |
| 242 | 3/17/17 D. Gomes email to R. Gill re Catalog Ready to Edit, Attaching Ironhawk 2017 Price Catalog (Gomes Ex. 242) IRONHAWK-D_000034865-000034892 | Relevance (FRE 402), Cumulative (FRE 403), Hearsay (FRE 802) |
| 243 | 5/09/17 D. Gomes email to R. Gill re Use THIS document for your edits, Attaching Product Catalog Mobile Additions v.2, Ironhawk 2017 Price Catalog (Gomes Ex. 243) IRONHAWK-D_000035692-000035727 | Relevance (FRE 402), Cumulative (FRE 403), Hearsay (FRE 802) |
| 244 | 4/27/17 D. Gomes email to R. Gill re Which pricing sheet?, Attaching 2017 Ironhawk Price List Changes-03-24.xlsx (Gomes Ex. 244) IRONHAWK-D_000035125-00035126 + 36 pages | Relevance (FRE 402), Cumulative (FRE 403), Hearsay (FRE 802) |

| 245 | 3/15/16 R. Gill email to D. Gomes re SmartSync Analysis (Gomes Ex. 245) IRONHAWK-D_000031174-1-000031174-2 IRONHAWK-D_000031174-000031175 | Evidence not admissible by Ironhawk for any hearsay purpose (FRE 802), evidence is admissible by Dropbox as party admission (FRE 801); see also FRE 105 (evidence may be admitted for one party or purpose but not another party or purpose) |
| --- | --- | --- |
| 246 | Ironhawk Technologies, Inc. RFI Response - DCGS-N Inc. 2 (Gomes Ex. 246) IRONHAWK-D_000032109-000032130 | Lacks foundation, Relevance (FRE 402), Cumulative (FRE 403), Hearsay (FRE 802) |
| 247 | 11/05/16 Ironhawk Awarded Contract to Become Premium Supplier to International Business Machines (IBM) to Enhance the IBM MAAS360 Enterprise Mo… (Gomes Ex. 247) DROPBOX_0000002966-0000002967 | Evidence not admissible by Ironhawk for any hearsay purpose (FRE 802), evidence is admissible by Dropbox as party admission (FRE 801); see also FRE 105 (evidence may be admitted for one party or purpose but not another party or purpose) |
| 248 | 9/23/16 Ironhawk Awarded U.S. Army Aviation and Missile Command (AMCOM) Express Contract (Gomes Ex. 248) DROPBOX_0000002968-0000002969 | Evidence not admissible by Ironhawk for any hearsay purpose (FRE 802), evidence is admissible by Dropbox as party admission (FRE 801); see also FRE 105 (evidence may be admitted for one party or purpose but not another party or purpose) |

| 249 | 11/04/16 Ironhawk Completes Testing of its Smartsync Software for the United States Navy Trident Warrior 2016 (TW16) Naval Exercises (Gomes Ex. 249) DROPBOX_0000002970-000002972 | Evidence not admissible by Ironhawk for any hearsay purpose (FRE 802), evidence is admissible by Dropbox as party admission (FRE 801); see also FRE 105 (evidence may be admitted for one party or purpose but not another party or purpose) |
|---|---|---|
| 250 | 9/12/17 Ironhawk Technologies and CACI International, Inc. have Completed a Value-Added Reseller Agreement (VAR) for the Use of Ironhawk's SmarkSync Software | Evidence not admissible by Ironhawk for any hearsay purpose (FRE 802), evidence is admissible by Dropbox as party admission (FRE 801); see also FRE 105 (evidence may be admitted for one party or purpose but not another party or purpose) |
| 251 | 9/12/17 Ironhawk Technologies Awarded Contract with United States Navy Littoral Combat Ships at Naval Surface Warfare Center, Port Hueneme California (Gomes Ex. 251) DROPBOX_0000002975-0000002977 | Evidence not admissible by Ironhawk for any hearsay purpose (FRE 802), evidence is admissible by Dropbox as party admission (FRE 801); see also FRE 105 (evidence may be admitted for one party or purpose but not another party or purpose) |
| 252 | 9/22/15 Ironhawk Technologies Awarded Contract with United States Navy (Gomes Ex. 252) DROPBOX_0000002978-0000002979 | Evidence not admissible by Ironhawk for any hearsay purpose (FRE 802), evidence is admissible by Dropbox as party admission (FRE 801); see also FRE 105 (evidence may be admitted for one party or purpose but not another party or purpose) |

| 253 | 9/29/14 Ironhawk Wins AMCOM Express Contract (Gomes Ex. 253) DROPBOX_0000002980 | Evidence not admissible by Ironhawk for any hearsay purpose (FRE 802), evidence is admissible by Dropbox as party admission (FRE 801); see also FRE 105 (evidence may be admitted for one party or purpose but not another party or purpose) |
| --- | --- | --- |
| 254 | 9/30/16 Navy Awards Ironhawk Contract for Littoral Combat Ships (Gomes Ex. 254) DROPBOX_0000002981-0000002982 | Evidence not admissible by Ironhawk for any hearsay purpose (FRE 802), evidence is admissible by Dropbox as party admission (FRE 801); see also FRE 105 (evidence may be admitted for one party or purpose but not another party or purpose) |
| 255 | SmartSync HTTP InLine Delta Compression Ironhawk Technologies, Inc. (Gomes Ex. 255) DROPBOX_0000002997-0000003000 | Relevance (FRE 402), Cumulative (FRE 403), Hearsay (FRE 802), Authentication (FRE 901) |
| 256 | SmartSync Product Catalog-SmartSync DCS Bandwidth Efficient Reliable Secure Da… (Gomes Ex. 256) DROPBOX_0000003001-0000003008 | Relevance (FRE 402), Cumulative (FRE 403), Hearsay (FRE 802), Authentication (FRE 901) |
| 257 | SmartSync Product Calalog - Ironhawk Technologies, Inc. (Gomes Ex. 257) DROPBOX_0000003009-0000003012 | Relevance (FRE 402), Cumulative (FRE 403), Hearsay (FRE 802), Authentication (FRE 901) |
| 258 | July 2015 DRAFT Oppenheimer - Project Ignite - Reference Materials - Strategic Rationale (Gomes Ex. 258) IRONHAWK-D_000049572-000049574 | Lack of foundation, Relevance (FRE 402), Unfair prejudice (FRE 403), Authentication (FRE 901) |

| 260 | Ironhawk Technologies, Inc., A09-081 (Army), Proposal Number A092-091-0315 Phase I Proposal (Gomes Ex. 260) IRONHAWK-D_000011660-000011676 | Lack of foundation, Relevance (FRE 402), Evidence not admissible by Ironhawk for any hearsay purpose (FRE 802), evidence is admissible by Dropbox as party admission (FRE 801); see also FRE 105 (evidence may be admitted for one party or purpose but not another party or purpose) |
| --- | --- | --- |
| 261 | 6/28/12 Ironhawk SmartSync Differentiation Assessment (Gill Ex. 370, Gomes Ex. 261) IRONHAWK-D_000020673-000020677 same as IRONHAWK-D_000019789-000019793 | Lack of foundation, Relevance (FRE 402), Evidence not admissible by Ironhawk for any hearsay purpose (FRE 802), evidence is admissible by Dropbox as party admission (FRE 801); see also FRE 105 (evidence may be admitted for one party or purpose but not another party or purpose) |
| 263 | 11/29/15 D. Gomes email to dpeyton@consutingdpc.com cc: R. Gill re DRAFT Competitive Analysis, Attaching Data Distribution Frameworks-Comparison of Solutions (Gomes Ex. 263) IRONHAWK-D_000029843-000029868 | Relevance (FRE 402), Cumulative (FRE 403), Improper opinion testimony by a lay witness (FRE 701), Hearsay (FRE 802) |

| 264 | SmartSync Licensing Options for U.S. Navy Littoral Combat Ships (Gomes Ex. 264) IRONHAWK-D_000031179-000031181 | Lack of foundation, Relevance (FRE 402), Evidence not admissible by Ironhawk for any hearsay purpose (FRE 802), evidence is admissible by Dropbox as party admission (FRE 801); see also FRE 105 (evidence may be admitted for one party or purpose but not another party or purpose) |
|---|---|---|
| 289 | 7/16/14 D. Stanley email to bhirou@ironhawk.com, dgomes@ironhawk.com re FW DADMS entry for Smartsync (Gomes Ex. 289) IRONHAWK-D_000047784-000047785 | Lack of foundation, Relevance (FRE 402), Evidence not admissible by Ironhawk for any hearsay purpose (FRE 802), evidence is admissible by Dropbox as party admission (FRE 801); see also FRE 105 (evidence may be admitted for one party or purpose but not another party or purpose) |
| 290 | 7/16/14 D. Gomes email to R. Nussear G CIV NSWC PHD, L24 cc: B. Hirou, D. Stanley re SmartSync Trademark Registration & 7/17/14 D. Stanley email to C. Davis CIV PHD NSWC, 210, S. Lowe cc: D. Gomes, B. Hirou, R. Nussear re SmartSync Trademark Information for Submission (Gomes Ex. 290) IRONHAWK-D_000050939 and IRONHAWK-D_000050942 | Lack of foundation, Relevance (FRE 402), Evidence not admissible by Ironhawk for any hearsay purpose (FRE 802), evidence is admissible by Dropbox as party admission (FRE 801); see also FRE 105 (evidence may be admitted for one party or purpose but not another party or purpose) |

| 292 | 7/17/14 D. Gomes email to D. Stanley cc B. Hirou re SmartSync Trademark Information for Submission, Attaching SmartSync-Tech-Overview (Gomes Ex. 292) IRONHAWK-D_000050945-000050956 | Evidence not admissible by Ironhawk for any hearsay purpose (FRE 802), evidence is admissible by Dropbox as party admission (FRE 801); see also FRE 105 (evidence may be admitted for one party or purpose but not another party or purpose) |
|---|---|---|
| 293 | 9/05/14 B. Hirou email to D. Stanley cc: D. Gomez, T. Beckert re NAVSEA Questions regarding SmartSync (Gomes Ex. 293, Gill Ex. 293) IRONHAWK-D_000048176-000048178 | Evidence not admissible by Ironhawk for any hearsay purpose (FRE 802), evidence is admissible by Dropbox as party admission (FRE 801); see also FRE 105 (evidence may be admitted for one party or purpose but not another party or purpose) |
| 294 | 6/29/15 M. Lippert email to D. Gomes cc: J. Espinoza, G. Stucker re dropbox, Attaching Project IGNITE - Reference Materials 6.29.2015.pdf (Gomes Ex. 294) IRONHAWK-D_000049579-000049598 | Lack of foundation, Relevance (FRE 402), Unfair prejudice (FRE 403), Authentication (FRE 901), Evidence not admissible by Ironhawk for any hearsay purpose (FRE 802), evidence is admissible by Dropbox as party admission (FRE 801); see also FRE 105 (evidence may be admitted for one party or purpose but not another party or purpose) |
| 295 | 4/20/17 D. Gomes email to rgill@ironhawk.com re Dropbox Smart Sync Makes It Easy to Access Files - Google Drive (Gomes Ex. 295) IRONHAWK-D_000046231 | Lack of foundation, Relevance (FRE 402), Unfair prejudice (FRE 403), Authentication (FRE 901), Hearsay (FRE 802) |

| 296 | 4/20/17 D. Gomes email to rgill@ironhawk.com re Dropbox launches Smart Sync (formerly Project infinite) for business users / VentureBeat/ Apps / by Jordan Novet (Gomes Ex. 296) IRONHAWK-D_000046232 | Lack of foundation, Relevance (FRE 402), Unfair prejudice (FRE 403), Authentication (FRE 901), Hearsay (FRE 802) |
|---|---|---|
| 329 | Ironhawk Technologies Inc. Transaction List by Vendor (Gomes Ex. 329) IRONHAWK-D_000024220-000024562 | Lack of foundation, Relevance (FRE 402), Unfair prejudice (FRE 403), Authentication (FRE 901) |
| 330 | 1/07/13 Ironhawk Invoice (Gomes Ex. 330) IRONHAWK-D_000016162 | Lack of foundation, Relevance (FRE 402), Unfair prejudice (FRE 403), Authentication (FRE 901) |
| 332 | Ironhawk 2016 Year in Review (Gomes Ex. 332) IRONHAWK-D_000034537-000034540 | Evidence not admissible by Ironhawk for any hearsay purpose (FRE 802), evidence is admissible by Dropbox as party admission (FRE 801); see also FRE 105 (evidence may be admitted for one party or purpose but not another party or purpose) |
| 335 | 1/07/13 Ironhawk Invoice (Gomes Ex. 335) IRONHAWK-D_000016384 | Lack of foundation, Relevance (FRE 402), Unfair prejudice (FRE 403), Authentication (FRE 901) |
| 336 | Sole Source Justification: Multimedia Presentation development of Data Distribution Standards board RFP (Gomes Ex. 336) IRONHAWK-D_000022858-000022913 | Relevance (FRE 402), Unfair prejudice (FRE 403), Hearsay (FRE 802) |
| 337 | Booz Allen Hamilton Subcontract with Ironhawk Technologies, Inc. (Gomes Ex. 337) IRONHAWK-D_000025374-000025496 | Relevance (FRE 402), Unfair prejudice (FRE 403), Hearsay (FRE 802) |

| 338 | 4/17/17 D. Gomes email to R. Anderson re Ironhawk OV and Pricing Input (Gomes Ex. 338) (IRONHAWKD000035006-000035010 | Evidence not admissible by Ironhawk for any hearsay purpose (FRE 802), evidence is admissible by Dropbox as party admission (FRE 801); see also FRE 105 (evidence may be admitted for one party or purpose but not another party or purpose) |
|---|---|---|
| 339 | Ironhawk Technologies Master List of Contacts – Summary (Reported in dollars) (Gomes Ex. 339) IRONHAWK-D_000050449-000050452 | Lack of foundation, Relevance (FRE 402), Hearsay (FRE 802) |
| 340 | Ironhawk Technologies 2014-2015 Sales Pipeline Report – Total Bookings Analysis (Gomes Ex. 340) IRONHAWK-D_000021611 + 5 pages | Relevance (FRE 402), Hearsay (FRE 802) |
| 341 | Ironhawk 2014 Sales Pipeline Report (Gomes Ex. 341) IRONHAWK-D_000022030 + 10 pages | Lack of foundation, Relevance (FRE 402), Unfair prejudice (FRE 403), Hearsay (FRE 802), Authentication (FRE 901) |
| 342 | 2016-2017 ($ USD) and Ironhawk Technologies 2016 Forecast and Long Term Projections (Gomes Ex. 342) IRONHAWK-D_000032872 + 2 pages | Lack of foundation, Relevance (FRE 402), Unfair prejudice (FRE 403), Hearsay (FRE 802), Authentication (FRE 901) |
| 343 | Ironhawk Technologies, Inc. 2017 Sales Projections (Gomes Ex. 343) IRONHAWK-D_000049495-000049499 | Relevance (FRE 402), Unfair prejudice (FRE 403), Hearsay (FRE 802) |
| 344 | Ironhawk Technologies, Inc. 2017 Sales Projections (Gomes Ex. 344) IRONHAWK-D_000049505 | Relevance (FRE 402), Unfair prejudice (FRE 403), Hearsay (FRE 802) |

| 345 | 3/18/17 D. Gomes email to R. Gill re Important Pricing Edits, Attaching 2017 Ironhawk Price List Changes.xlsx (Gomes Ex. 345) IRONHAWK-D_000046203-000046205 + 5 pages | Relevance (FRE 402) |
|-----|-----|-----|
| 351 | GSA Contract Number: GS-35F-0150T – Authorized Federal Supply Service Information Technology Schedule Catalog-Pricelist (Gomes Ex. 351) IRONHAWK-D_000049089-000049127 | Relevance (FRE 402), Unfair prejudice, cumulative (FRE 403), Hearsay (FRE 802) |
| 352 | Ironhawk Technologies Price List (Gomes Ex. 352) IRONHAWK-D_000049489 +3 pages | Lack of foundation, Relevance (FRE 402), Unfair prejudice, cumulative (FRE 403), Hearsay (FRE 802), Authentication (FRE 901) |
| 356 | Rupinder Singh Gill Resume (Gill Ex. 356) IRONHAWK-D_000024002-000024003 | Relevance (FRE 402), Cumulative (FRE 403), Hearsay (FRE 802) |
| 357 | 5/18/17 R. Gill email to D. Peyton cc: D. Gomes re IOS SmartSync status (Gill Ex. 357) IRONHAWK-D_000035879-000035914 | Cumulative (FRE 403), Evidence not admissible by Ironhawk for any hearsay purpose (FRE 802), evidence is admissible by Dropbox as party admission (FRE 801); see also FRE 105 (evidence may be admitted for one party or purpose but not another party or purpose) |

| | | |
|---|---|---|
| 358 | 10/23/15 R. Gill email chain to E. Otte, B. Hirou, D. Gomes, D. Stanley, B. Chan re Next steps (Gill Ex. 358) IRONHAWK-D_000028791-000028798 | Relevance (FRE 402), Cumulative, misleading the jury (FRE 403), Evidence not admissible by Ironhawk for any hearsay purpose (FRE 802), evidence is admissible by Dropbox as party admission (FRE 801); see also FRE 105 (evidence may be admitted for one party or purpose but not another party or purpose) |
| 359 | 6/29/16 R. Gill email to D. Gomes cc: B. Hirou re SmartSync HTTP Reverse Proxy an SCA description (Gill Ex. 359) IRONHAWK-D_000032720-000032722 | Relevance (FRE 402), Evidence not admissible by Ironhawk for any hearsay purpose (FRE 802), evidence is admissible by Dropbox as party admission (FRE 801); see also FRE 105 (evidence may be admitted for one party or purpose but not another party or purpose) |
| 360 | Document entitled, Current Naming -- GSA schedule (Gill Ex. 360) IRONHAWK-D_000049491-000049493 | Lack of foundation, Relevance (FRE 402), Hearsay (FRE 802), Authentication (FRE 901) |
| 362 | 7/02/15 D. Gomes email to R. Gill re Dropbox Follow-Up (Gill Ex. 362) IRONHAWK-D_000045528-000045530 | Evidence not admissible by Ironhawk for any hearsay purpose (FRE 802), evidence is admissible by Dropbox as party admission (FRE 801); see also FRE 105 (evidence may be admitted for one party or purpose but not another party or purpose) |
| 366 | 4/02/13 Ironhawk document entitled, CERDEC/RDECOM Data Compression Quotation (Gill Ex. 366) IRONHAWK-D_000016637-000016638 | Lack of foundation, Relevance (FRE 402), Unfair prejudice (FRE 403), Authentication (FRE 901) |

| 367 | 6/17/14 Ironhawk document entitled, CERDEC/RDECOM Data Compression Quotation (Gill Ex. 367, Gomes Ex. 397) IRONHAWK-D_000024115-000024124 | Lack of foundation, Relevance (FRE 402), Unfair prejudice (FRE 403), Authentication (FRE 901) |
|---|---|---|
| 368 | 12/09/13 Ironhawk Technologies, Inc. Invoice to Lockhead Martin Mission Systems and Train (Gill Ex. 368) IRONHAWK-D_000019914 | Lack of foundation, Relevance (FRE 402), Unfair prejudice (FRE 403), Authentication (FRE 901) |
| 369 | 2/04/17 D. Gomes email to R. Gill attaching SmartSync Brochure.pdf (Gill Ex. 369 and Gomes Ex. 373) IRONHAWK-D_000034551-000034556 | Lack of foundation, Relevance (FRE 402), Unfair prejudice (FRE 403), Authentication (FRE 901) |
| 374 | 3/26/12 D. Gomes email to B. Hirou re FW: New Ironhawk SmartSync DCS PlatformT Web Plug-In Demonstration (Gomes Ex. 374) IRONHAWK-D_000043129-000043131 | Relevance (FRE 402), Cumulative (FRE 403), Hearsay (FRE 802) |
| 387 | 9/24/10 SmartSync - Market Segmentation Jerry's Presentation Criteria, and responses (Gomes Ex. 387) IRONHAWK-D_000041796-000041820 | Lack of foundation, Relevance (FRE 402), Evidence not admissible by Ironhawk for any hearsay purpose (FRE 802), evidence is admissible by Dropbox as party admission (FRE 801); see also FRE 105 (evidence may be admitted for one party or purpose but not another party or purpose), Authentication (FRE 901) |
| 388 | 4/21/11 M. Pierrat email to G. Rupinder, E. Nazarian, E. Thomas re our competitors by category (Gomes Ex. 388) IRONHAWK-D_000046461-00046462 + 1 page | Relevance (FRE 402), Hearsay (FRE 802) |

| | | |
|---|---|---|
| 389 | 11/06/16 D. Gomes email to various bcc's re Ironhawk Technologies Press Release - IBM Premium Supplier Partnership, Attaching IBM Press Release - IBM Supplier Partnership (Gomes Ex. 389) IRONHAWK-D_000033809-000033817 | Evidence not admissible by Ironhawk for any hearsay purpose (FRE 802), evidence is admissible by Dropbox as party admission (FRE 801); see also FRE 105 (evidence may be admitted for one party or purpose but not another party or purpose) |
| 390 | 11/06/16 D. Gomes email to various bcc's re Ironhawk Technologies Press Release - IBM Premium Supplier Partnership, Attaching IBM Press Release - IBM Supplier Partnership (Gomes Ex. 390) IRONHAWK-D_000047841-000047848 | Evidence not admissible by Ironhawk for any hearsay purpose (FRE 802), evidence is admissible by Dropbox as party admission (FRE 801); see also FRE 105 (evidence may be admitted for one party or purpose but not another party or purpose) |
| 391 | 11/06/16 D. Gomes email to various bcc's re Ironhawk Technologies Press Release - Ironhawk Test Completion for Trident Warrior 2016 Naval Exercise, Attaching Trident Warrior Naval Exercise 2016.pdf (Gomes Ex. 391) IRONHAWK-D_000047860-000047868 | Evidence not admissible by Ironhawk for any hearsay purpose (FRE 802), evidence is admissible by Dropbox as party admission (FRE 801); see also FRE 105 (evidence may be admitted for one party or purpose but not another party or purpose) |
| 392 | 11/06/16 D. Gomes email to various bcc's re Ironhawk Technologies Press Release - Ironhawk Test Completion for Trident Warrior 2016 Naval Exercise, Attaching Trident Warrior Naval Exercise 2016.pdf (Gomes Ex. 392) | Evidence not admissible by Ironhawk for any hearsay purpose (FRE 802), evidence is admissible by Dropbox as party admission (FRE 801); see also FRE 105 (evidence may be admitted for one party or purpose but not another party or purpose) |

| 393 | 11/06/16 D. Gomes email to various bcc's re Ironhawk Technologies Press Release - Ironhawk Test Completion for Trident Warrior 2016 Naval Exercise, Attaching Trident Warrior Naval Exercise 2016.pdf (Gomes Ex. 393) IRONHAWK-D_000047869-000047879 | Evidence not admissible by Ironhawk for any hearsay purpose (FRE 802), evidence is admissible by Dropbox as party admission (FRE 801); see also FRE 105 (evidence may be admitted for one party or purpose but not another party or purpose) |
|---|---|---|
| 394 | 11/06/16 D. Gomes email to various bcc's re Ironhawk Technologies Press Release - Ironhawk Test Completion for Trident Warrior 2016 Naval Exercise, Attaching Trident Warrior Naval Exercise 2016.pdf (Gomes Ex. 394) IRONHAWK-D_000047849-000047859 | Evidence not admissible by Ironhawk for any hearsay purpose (FRE 802), evidence is admissible by Dropbox as party admission (FRE 801); see also FRE 105 (evidence may be admitted for one party or purpose but not another party or purpose) |
| 395 | 3/19/19 David Gomes profile on Ironhawk Technologies, Inc. website (Gomes Ex. 395) DROPBOX_0000003013 | Cumulative, misleading the jury (FRE 403), Hearsay (FRE 802) |
| 396 | 1/12/09 Seth Spirrison email to janders@idc-global.com, D. Gomes, bbengston@idc-global.com re SmartSyncR first used… (Gomes Ex. 396) IRONHAWK-D_000048164-000048165 | Evidence not admissible by Ironhawk for any hearsay purpose (FRE 802), evidence is admissible by Dropbox as party admission (FRE 801); see also FRE 105 (evidence may be admitted for one party or purpose but not another party or purpose) |
| 398 | Ironhawk document entitled, SmartSync Software Meets the Data and Bandwidth Challenges of loT and Cloud Use Cases (Gomes Ex. 398) IRONHAWK-D_000050406 | Cumulative (FRE 403), Hearsay (FRE 802) |

26

| 399 | Ironhawk document entitled, SmartSync is a full enterprise solution that reduced your overall enterprise bandwidth… (Gomes Ex. 399) IRONHAWK-D_000050407 | Cumulative (FRE 403), Hearsay (FRE 802) |
|---|---|---|
| 400 | IDC Ratios Draft document (Gomes Ex. 400) IRONHAWK-D_000000051 + 19 pages | Cumulative (FRE 403), Misleading the jury (FRE 403), Hearsay (FRE 802) |
| 411 | Document entitled, Ironhawk Technologies 2014-2015 Sales Pipeline Report - Total Bookings Analysis (Gomes Ex. 411) IRONHAWK-D_000021627 + 10 pages | Lack of foundation, Relevance (402), Hearsay (802), Authentication (FRE 901) |
| 412 | Integrated Data Corporation spreadsheets (Gomes Ex. 412) IRONHAWK-D_000002727 + 25 pages | Lack of foundation, Relevance (402), Hearsay (802) |
| 413 | Ironhawk Technologies SmartSync DCS Platform (Gomes Ex. 413) IRONHAWK-D_000030939-00030340 | Lack of foundation, Authentication (FRE 901) |
| 414 | Ironhawk Technologies Delivering Decision Critical Data (Gomes Ex. 414) IRONHAWK-D_000030945 | Lack of foundation, Improper opinion testimony by a lay witness (FRE 701), Hearsay (FRE 802), Authentication (FRE 901) |
| 415 | SmartSync Focus Group (Gomes Ex. 415) IRONHAWK-D_000041749-000041764 | Lack of foundation, Relevance (402), Hearsay (802) |

| 418 | 7/26/13 D. Gomes email to D. Hirou, rwb@acc-sd.com re Advisory Board Update (Gomes Ex. 418) IRONHAWK-D_000017208-000017219 | Evidence not admissible by Ironhawk for any hearsay purpose (FRE 802), evidence is admissible by Dropbox as party admission (FRE 801); see also FRE 105 (evidence may be admitted for one party or purpose but not another party or purpose) |
|---|---|---|
| 419 | 10/03/13 D. Gomes email to Rfbuzzard1@aol.com, A. Bloomer, lylebien@earthlink.net, T. Hobbins, Terry and Linda Theodore cc: J. Anders, R. Gill, G. Hirou, J. Gavenman re Ironhawk Update (Gomes Ex. 419) IRONHAWK-D_000018077-000018081 | Lack of foundation, Relevance (402), Hearsay (802) |
| 420 | 12/09/09 D. Gomes email to Mr. and Mrs D. Ross Jimmy, Mr. and Mrs. Fogleman Ron, tom.hobbins@comcast.net, Admiral Blen, Terry and Linda Theodore, Art Bloomer cc: all, Steven@alchemygroup.net re Ironhawk Testing with National Security Agency (Gomes Ex. 420) IRONHAWK-D_000041558-000041559 | Evidence not admissible by Ironhawk for any hearsay purpose (FRE 802), evidence is admissible by Dropbox as party admission (FRE 801); see also FRE 105 (evidence may be admitted for one party or purpose but not another party or purpose) |
| 421 | IDC Ratios Draft document (Gomes Ex. 421) IRONHAWK-D_000000051 + 17 pages | Relevance (FRE 402), Hearsay (FRE 802) |
| 426 | Spreadsheet re Market Opportunities - Software Only (Gomes Ex. 426) IRONHAWK-D_000000052 + 1 page | Lack of foundation, Relevance (FRE 402), Hearsay (FRE 802) |
| 427 | IDC Spreadsheet (Gomes Ex. 427) IRONHAWK-D_000051020 + 1 page | Lack of foundation, Relevance (FRE 402), Hearsay (FRE 802) |

| 428 | Ironhawk 2015 Sales Pipeline Report (Gomes Ex. 428) IRONHAWK-D_000051123 + 2 pages | Lack of foundation, Relevance (FRE 402), Hearsay (FRE 802) |
|---|---|---|
| 429 | 6/02/19 Daniel M. Cislo, Esq. website profile on https://cisloandthomas.com (Cislo Ex. 429) *7 pages* | Cumulative (FRE 403), Hearsay (FRE 802) |
| 430 | 5/10/19 Expert Declaration and Report of Expert Declaration and Report of Daniel M. Cislo (Cislo Ex. 430) *106 pages* | Relevance (FRE 402), Unfair prejudice, misleading the jury (FRE 403), Improper expert opinion (FRE 702), Improper basis for expert opinion (FRE 703), Hearsay (FRE 802) |
| 431 | 6/02/19 Mark Information re Ironhawk Technologies, Inc.'s Smartsync (Cislo Ex. 431) *154 pages* | Lack of foundation, Unfair prejudice (FRE 403), Authentication (FRE 901) |
| 433 | About INTA Fact Sheets Selecting and Registering Trademark (Cislo Ex. 433) *3 pages* | Relevance (FRE 402), Unfair prejudice, misleading the jury (FRE 403), Improper expert opinion (FRE 702), Hearsay (FRE 802) |
| 434 | 6/02/19 Tldr Definition at Dictionary.com (Cislo Ex. 434) *3 pages* | Relevance (FRE 402), Misleading the jury (FRE 403), Hearsay (FRE 802) |
| 435 | 6/02/19 Tl;dr Definition of TI;dr by Merriam-Webster (Cislo Ex. 435) *9 pages* | Relevance (FRE 402), Misleading the jury (FRE 403), Hearsay (FRE 802) |
| 436 | Exhibit B to Stricchiola's Expert Report (Stricchiola Ex. 436) *2 pages* | Relevance (FRE 402), Hearsay (FRE 802) |

| 437 | Stricchiola's Expert Report (Stricchiola Ex. 437) *13 pages* | Relevance (FRE 402), Unfair prejudice, misleading the jury (FRE 403), Improper expert opinion (FRE 702), Improper basis for expert opinion (FRE 703), Hearsay (FRE 802) |
|-----|--------------------------------------------------------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 438 | Exhibit E to Stricchiola's Expert Report (Strocchiola Ex. 438) *3 pages* | Lack of foundation, Relevance (FRE 402), Unfair prejudice (FRE 403), Authentication (FRE 901) |
| 439 | Google Search Results for site:Dropbox.com "smartsync" (Strocchiola Ex. 439) *3 pages* | Lack of foundation, Relevance (FRE 402), Unfair prejudice (FRE 403), Authentication (FRE 901) |
| 440 | Two Screenshots of YouTube searches (Strocchiola Ex. 440) *2 pages* | Lack of foundation, Relevance (FRE 402), Unfair prejudice (FRE 403), Authentication (FRE 901) |
| 441 | Exhibit F to Stricchiola's Expert Report (Strocchiola Ex 441) *1 page* | Lack of foundation, Relevance (FRE 402), Unfair prejudice (FRE 403), Authentication (FRE 901) |

| 442 | Exhibit G to Stricchiola's Expert Report (Strocchiola Ex. 442) *1 page* | Lack of foundation, Relevance (FRE 402), Unfair prejudice (FRE 403), Authentication (FRE 901) |
|---|---|---|
| 443 | Exhibit I to Stricchiola's Expert Report (Strocchiola Ex. 443) *1 page* | Lack of foundation, Relevance (FRE 402), Unfair prejudice (FRE 403), Hearsay (FRE 802) Authentication (FRE 901) |
| 444 | Exhibit J to Stricchiola's Expert Report (Strocchiola Ex. 444) *1 page* | Lack of foundation, Relevance (FRE 402), Unfair prejudice (FRE 403), Hearsay (FRE 802) Authentication (FRE 901) |
| 445 | Exhibit K to Stricchiola's Expert Report (Strocchiola Ex. 445) *1 page* | Lack of foundation, Relevance (FRE 402), Unfair prejudice (FRE 403), Hearsay (FRE 802) Authentication (FRE 901) |
| 448 | 6/01/19 Dr. Michael A. Kamin's letter to Matt Venezia re Billing for services (Kamins Ex. 448) *2 pages* | Relevance (FRE 402), Unfair prejudice (FRE 403), Hearsay (FRE 802) |

| 449 | May 2019 Expert Report of Hal Poret in the Matter of Ironhawk Technologies, Inc. v Dropbox, Inc. - Survey to Assess Whether Dropbox's Use of the Term Smart Sync Creates a Likelihood of Confusion with Respect to Ironhawk and It's Smartsync Products | Hearsay (FRE 802) |
|---|---|---|
| 450 | 5/10/19 Expert Report of Professor (Michel) Tuan Pham, Ph.D. | Hearsay (FRE 802) |
| 451 | Expert Report of Robert Wunderlich: Analysis of Economic Damages (Wunderlich Ex. 451) *52 pages* | Relevance (FRE 402), Unfair prejudice, misleading the jury (FRE 403), Improper expert opinion (FRE 702), Improper basis for expert opinion (FRE 703), Hearsay (FRE 802) |
| 452 | Exhibit 10.1 Service Mark License Agreement (Wunderlich Ex. 452) *31 pages* | Relevance (FRE 402), Unfair prejudice (FRE 403), Hearsay (FRE 802) |
| 453 | Exhibit 10.9 Software License Agreement (Wunderlich Ex. 453) *31 pages* | Relevance (FRE 402), Unfair prejudice, misleading the jury (FRE 403) |
| 454 | United Online, Inc. Form 10-K, 6/10/19 printout (Wunderlich Ex. 454) *17 pages* | Relevance (FRE 402), Unfair prejudice, misleading the jury (FRE 403) |
| 457 | Asset Purchase Agreement by and Between Interplay Entertainment Corp. and Bethesda Softworks, LLC (Wunderlich Ex. 457) *21 pages* | Relevance (FRE 402), Unfair prejudice, misleading the jury (FRE 403) |

| 459 | Discovery Economics Invoice dated February 6, 2019 (Wunderlich Ex. 459) *2 pages* | Relevance (FRE 402), Unfair prejudice (FRE 403), Hearsay (FRE 802) |
|---|---|---|
| 460 | Discovery Economics Invoice dated May 20, 2019 (Wunderlich Ex. 460) *3 pages* | Relevance (FRE 402), Unfair prejudice (FRE 403), Hearsay (FRE 802) |
| 461 | Robert W. Wunderlich, Ph.D CV *11 pages* | Relevance (FRE 402), Unfair prejudice, misleading the jury (FRE 403), Improper expert opinion (FRE 702), Improper basis for expert opinion (FRE 703), Hearsay (FRE 802) |
| 475 | Federal Subpoena to Testify at a Deposition in a Civil Action to International Business Machines Corporation (Peyton Ex. 475) *7 pages* | Relevance (FRE 402), Unfair prejudice, misleading the jury (FRE 403) |
| 479 | Federal Subpoena to Testify at a Deposition in a Civil Action to David B. Peyton (Peyton Ex. 1 - Salesforce matter) IRONHAWK-D_000052121-000052125 | Relevance (FRE 402), Unfair prejudice, misleading the jury (FRE 403) |
| 515 | 4/08/14 D. Gomes email to D. Stanley re LSCSCD Phase I Document Submission from Ironhawk Technologies (Stanley Ex. 1) IRONHAWK-D_000019760-000019761 | Relevance (FRE 402), Cumulative (FRE 403) |
| 516 | 4/08/14 D. Gomes email to B. Meadows cc: B. Hirou, J. Anders, R. Gill re LSC SCD Phase I Document Submission from Ironhawk Technologies (Stanley Ex. 2) IRONHAWK-D_000019799-000019800 | Relevance (FRE 402), Cumulative (FRE 403) |

| 518 | 4/18/17 D. Stanley email to D. Gomes, R. Gill re Doug Edits (Blue) (Stanley Ex. 4) IRONHAWK-D_000035016-000035017 | Relevance (FRE 402), Cumulative (FRE 403) |
|---|---|---|
| 521 | 7/09/14 D. Stanley REDACTED email re LCS ADSSS/SmartSync/ARMS Meeting Notes (Stanley Ex. 7) *1 page* | Relevance (FRE 402), Cumulative (FRE 403) |
| 523 | 6/11/15 REDACTED email re Phonecon to Discuss ADSSS on LCS with Ironhawk (Stanley Ex. 9) *2 pages* | Relevance (FRE 402) |
| 524 | 9/21/15 Outlook email to D. Stanley re LCS Ironhawk Meeting Notes (Stanley Ex. 10) *1 page* | Relevance (FRE 402) |
| 525 | 10/13/15 R. Gill REDACTED email to doug@benjakate.com re ARMS discussion (Stanley Ex. 11) *2 pages* | Relevance (FRE 402) |
| 526 | 10/13/15 R. Gill REDACTED email to doug@benjakate.com re ARMS discussion (Stanley Ex. 11) *2 pages* | Relevance (FRE 402), Cumulative (FRE 403), Hearsay (FRE 802) |
| 527 | 7/12/16 Outlook email to D. Stanley cc: doug@benjakate.com re Ironhawk Next Steps (Stanley Ex. 13) *1 page* | Relevance (FRE 402) |
| 530 | 4/17/17 D. Stanley email to D. Gomes re Another CANES/SPAWAR Contract (Stanley Ex. 16) *1 page* | Relevance (FRE 402) |
| 531 | 4/21/17 D. Stanley email to D. Gomes re Bryan transition (Stanley Ex. 17) *1 page* | Relevance (FRE 402) |
| 532 | 5/04/17 R. Gill email to doug@benjakate.com cc: D. Stanley, D. Gomes re Actions and Notes (Stanley Ex. 18) *1 page* | Relevance (FRE 402) |

| 541 | 4/26/17 D. Gomes email to M. Foye, M. Jungling, M. Rambo, K. Shah, C. Suggs, T. Nguyen, D. Stanley, doug@benjakate.com, R. Gill re [Non-DoD Source] re: Market Research: Ironhawk (Gomes Ex. 297, Stanley Ex. 27) IRONHAWK-D_000035045-000035047 | Relevance (FRE 402), Unfair prejudice, confusing the issues (FRE 403) |
|---|---|---|
| 543 | 6/17/19 Declaration of David Gomes ISO Ironhawk Motion for Partial Summary Judgment 8 pages | Hearsay (FRE 802) |
| 544 | Dropbox Printout (Exh. E to Venezia Decl. ISO Ironhawk's Motion for Partial Summary Judgment) | Lack of foundation, Unfair prejudice (FRE 403), Authentication (FRE 901) |
| 545 | Dropbox Printout re Break free from your hard drive (Exh. F to Venezia Decl. ISO Ironhawk's Motion for Partial Summary Judgment) | Lack of foundation, Unfair prejudice (FRE 403), Authentication (FRE 901) |
| 546 | Dropbox Printout re Choose the Dropbox that's right for you (Exh. G to Venezia Decl. ISO Ironhawk's Motion for Partial Summary Judgment) | Lack of foundation, Unfair prejudice (FRE 403), Authentication (FRE 901) |
| 547 | Defendant Dropbox's 2nd Amended Responses and Objections to Ironhawk's 1st Set of Interrogatories | Cumulative (FRE 403) |
| 548 | SmartSync Promotional Hat IRONHAWK-D_000052156 | Lack of foundation, Relevance (FRE 402), Unfair prejudice, misleading the jury (FRE 403), *see also* Dkt. 190, Dropbox's MIL No. 1 (seeking exclusion under Fed. R. Civ. P. 37) |

| 549 | SmartSync Promotional Item IRONHAWK-D_000052157 | Lack of foundation, Relevance (FRE 402), Unfair prejudice, misleading the jury (FRE 403), *see also* Dkt. 190, Dropbox's MIL No. 1 (seeking exclusion under Fed. R. Civ. P. 37) |
|---|---|---|
| 550 | SmartSync Promotional Item IRONHAWK-D_000052158 | Lack of foundation, Relevance (FRE 402), Unfair prejudice, misleading the jury (FRE 403), *see also* Dkt. 190, Dropbox's MIL No. 1 (seeking exclusion under Fed. R. Civ. P. 37) |
| 553 | Sheehan Ex. 61 Metadata (Ex. T to Venezia Decl. ISO Ironhawk's Opposition to Dropbox's MSJ) | Lack of foundation, Relevance (FRE 402), Unfair prejudice (FRE 403), Authentication (FRE 901) |
| 554 | Smart Sync Google Search Results (Ex. U to Venezia Decl. ISO Ironhawk's Opposition to Dropbox's MSJ) | Lack of foundation, Relevance (FRE 402), Unfair prejudice (FRE 403), Authentication (FRE 901) |
| 555 | Smartsync Google Search Results (Ex. V to Venezia Decl. ISO Ironhawk's Opposition to Dropbox's MSJ) | Lack of foundation, Relevance (FRE 402), Unfair prejudice (FRE 403), Authentication (FRE 901) |
| 556 | Smartsync - Dropbox Google Search Results (Ex. W to Venezia Decl. ISO Ironhawk's Opposition to Dropbox's MSJ) | Lack of foundation, Relevance (FRE 402), Unfair prejudice (FRE 403), Authentication (FRE 901) |
| 557 | Dropbox GSA Search (Ex. X to Venezia Decl. ISO Ironhawk's Opposition to Dropbox's MSJ) | Lack of foundation, Relevance (FRE 402), Unfair prejudice, misleading the jury (FRE 403), Hearsay (FRE 802) Authentication (FRE 901), *see also* Dkt. 189-9, Dropbox's MIL No. 5 (seeking exclusion based on hearsay and unfair prejudice) |

36

| 558 | Letters re Infringement of SMARTSYNC Trademark: 11/07/17 letter to 2BrightSparks Pte Ltd., IRONHAWK-D000046522-000046523, 11/07/17 letter to HTC America, Inc. IRONHAWK-D_000046526-000046527, 1/28/19 letter to Dennis H. Ruck, Jr., IRONHAWK- D_000047277-000047278, 1/28/19 letter to Patrick Harr, IRONHAWK- D_000047279-000047280, 2/11/19 letter from Panzura, IRONHAWK-D_000047975, and 3/06/19 letter from Dorsey, IRONHAWK-D_000050619-000050620 | Evidence not admissible by Ironhawk for any hearsay purpose (FRE 802), evidence is admissible by Dropbox as party admission (FRE 801); *see also* FRE 105 (evidence may be admitted for one party or purpose but not another party or purpose) |
|---|---|---|
| 564 | 12/05/18 Defendant Dropbox, Inc.'s Responses and Objections to Plaintiff Ironhawk Technologies, Inc.'s First Set of Requests for Production of Documents and Things to Defendant Dropbox, Inc. *21 pages* | Cumulative (FRE 403) |
| 565 | 2/14/19 Dropbox's Responses and Objections to Ironhawk's First Set of Interrogatories *11 pages* | Cumulative (FRE 403) |
| 566 | 3/14/19 Dropbox, Inc.'s Amended Responses and Objections to Plaintiff Ironhawk Technologies, Inc.'s First Set of Interrogatories to Defendant Dropbox, Inc. *11 pages* | Cumulative (FRE 403) |
| 567 | 3/25/19 Dropbox's Second Amended Responses and Objections to Ironhawk's First Set of Interrogatories | Cumulative (FRE 403) |
| 1000 | Exhibit 1 CV of Michel Tuan Pham (Pham Ex. 1000) *24 pages* | Hearsay (FRE 802) |
| 1001 | 5/10/19 Expert Report of Professor (Michel) Tuan Pham, Ph.D. | Hearsay (FRE 802) |

| 1003 | Exhibit 2 to the Opening Report of Michel Tuan Pham, Ph.D. | Hearsay (FRE 802) |
|------|------|------|
| 1007 | Rebuttal to the Report of Daniel M. Cislo by Antonio R. Sarabia II | Hearsay (FRE 802) |
| 1009 | May 2019 Expert Report of Hal Poret in the Matter of Ironhawk Technologies, Inc. v Dropbox, Inc. - Survey to Assess Whether Dropbox's Use of the Term Smart Sync Creates a Likelihood of Confusion with Respect to Ironhawk and It's Smartsync Products | Hearsay (FRE 802) |
| 1010 | Appendix A - Hal L. Poret CV (Poret Ex. 1010) *13 pages* | Hearsay (FRE 802) |
| 1011 | Appendix B - April 2019 Questionnaire (Poret Ex. 1011) *11 pages* | Hearsay (FRE 802) |
| 1012 | Appendix C - Screenshots (Poret Ex. 1012) *19 pages* | Hearsay (FRE 802) |
| 1017 | Notice of Deposition of Ted Huffman and Subpoena to Testify at a Deposition in a Civil Action (Huffman Ex. 1017) *11 pages* | Relevance (FRE 402), Unfair prejudice, misleading the jury (FRE 403) |
| 1018 | Expert Report of Douglas T. Huffman, Jr. | Hearsay (FRE 802) |
| 1019 | Expert Report of Jessie Stricchiola (Huffman Ex. 1019) *13 pages* | Hearsay (FRE 802), Relevance (FRE 402), Unfair prejudice, misleading the jury (FRE 403), Improper expert opinion (FRE 702), Improper basis for expert opinion (FRE 703) |
| 1020 | 6/07/19 Google Search re smartsync - dropbox | Lack of foundation, Relevance (FRE 402), Unfair prejudice (FRE 403), Authentication (FRE 901) |

| 1021 | Rebuttal Report of Patrick F. Kennedy, Ph.D dated May 31, 2019 | Hearsay (FRE 802) |
|---|---|---|
| 1030 | 6/24/15 J. Espinoza email to D. Gomes, M. Lippert cc: G. Stucker, R. Gil, B. Hirou re Dropbox IRONHAWK-D_000045374-000045375 | Evidence not admissible by Ironhawk for any hearsay purpose (FRE 802), evidence is admissible by Dropbox as party admission (FRE 801); see also FRE 105 (evidence may be admitted for one party or purpose but not another party or purpose); Lack of foundation; Authentication (FRE 901) |
| 1031 | June 2015 Project Ignite Executive Summary IRONHAWK-D_000045376-000045395 | Evidence not admissible by Ironhawk for any hearsay purpose (FRE 802), evidence is admissible by Dropbox as party admission (FRE 801); see also FRE 105 (evidence may be admitted for one party or purpose but not another party or purpose); Lack of foundation; Authentication (FRE 901) |
| 1032 | Project Ignite Conference Call Details & Key Discussion – Draft IRONHAWK-D_000045396 | Evidence not admissible by Ironhawk for any hearsay purpose (FRE 802), evidence is admissible by Dropbox as party admission (FRE 801); see also FRE 105 (evidence may be admitted for one party or purpose but not another party or purpose); Lack of foundation; Authentication (FRE 901) |

| 1036 | 1/15/19 Google search re smart sync IRONHAWK-D_000050598-000050600 | Lack of foundation, Relevance (FRE 402), Unfair prejudice (FRE 403), Authentication (FRE 901) |
|---|---|---|
| 1039 | Google search re smart sync IRONHAWK-D_000050605 | Lack of foundation, Relevance (FRE 402), Unfair prejudice (FRE 403), Authentication (FRE 901) |
| 1040 | 1/15/19 Google search re smart sync IRONHAWK-D_000050606 | Lack of foundation, Relevance (FRE 402), Unfair prejudice (FRE 403), Authentication (FRE 901) |
| 1041 | 1/15/19 Google search re smartsync IRONHAWK-D_000050609 | Lack of foundation, Relevance (FRE 402), Unfair prejudice (FRE 403), Authentication (FRE 901) |
| 1042 | 1/15/19 Google search re smart sync IRONHAWK-D_000050611-000050613 | Lack of foundation, Relevance (FRE 402), Unfair prejudice (FRE 403), Authentication (FRE 901) |
| 1043 | 1/15/19 Google search re smartsync IRONHAWK-D_000050614-000050615 | Lack of foundation, Relevance (FRE 402), Unfair prejudice (FRE 403), Authentication (FRE 901) |
| 1044 | 6/13/17 TMOfficialNotices@USPTO.GOV email to D. Gomes and Ironhawkglobal re Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 3198093; SMARTSYNC IRONHAWK-D_000050961-000050962 | Lack of foundation, Authentication (FRE 901), Hearsay (802) |
| 1045 | 3/22/13 U.S. Trademark Registration 3,198,093 IRONHAWK-D_000050965-000050968 | Lack of foundation, Authentication (FRE 901), Hearsay (802) |

| 1046 | 3/19/13 Trademark Application Summary IRONHAWK-D_000050969-000050972 | Lack of foundation, Relevance (FRE 402), Authentication (FRE 901), Hearsay (802) |
|---|---|---|
| 1051 | Powerpoint presentation IRONHAWK-D_000047930 | Lack of foundation, Unfair prejudice (FRE 403), Authentication (FRE 901) |
| 1053 | GSA Dropbox Report IRONHAWK-D_000051912-00051916 | Lack of foundation, Relevance (FRE 402), Unfair prejudice, misleading the jury (FRE 403), Hearsay (FRE 802) Authentication (FRE 901), see also Dkt. 189-9, Dropbox's MIL No. 5 (seeking exclusion based on hearsay and unfair prejudice) |
| 1054 | December 10, 2018 e-mail from Jacob Hoefert to Mel Grimes CACI000070 | Lack of foundation, Relevance (FRE 402), Unfair prejudice, misleading the jury (FRE 403) |
| 1055 | December 10, 2018 e-mail from Jacob Hoefert to Mirela Tudor CACI000099-CACI000100 | Lack of foundation, Relevance (FRE 402), Unfair prejudice, misleading the jury (FRE 403) |
| 1056 | Google Query for "smartsync" 9/12/19 Google Search re smart sync IRONHAWK-D_000052159-000052161 | Lack of foundation, Relevance (FRE 402), Unfair prejudice, misleading the jury (FRE 403), Authentication (FRE 901), *see also* Dkt. 190, Dropbox's MIL No. 1 (seeking exclusion under Fed. R. Civ. P. 37) |
| 1057 | Google Query for "smart sync" 9/12/19 Google Search re smartsync IRONHAWK-D_000052162-000052163 | Lack of foundation, Relevance (FRE 402), Unfair prejudice, misleading the jury (FRE 403), Authentication (FRE 901), *see also* Dkt. 190, Dropbox's MIL No. 1 (seeking exclusion under Fed. R. Civ. P. 37) |

| 1058 | Google Query for "smartsync - dropbox" | Lack of foundation, Relevance (FRE 402), Unfair prejudice (FRE 403), Authentication (FRE 901)<br><br>Inaccurate description.  This is a search for "smart sync dropbox," not "smartsync - dropbox." |
| --- | --- | --- |
| 1059 | GSA Search for "Ironhawk SmartSync" | Ironhawk did not disclose this exhibit to Dropbox.  Dropbox reserves the right to object on evidentiary grounds and for violation of Fed. R. Civ. P. 26. |
| 1060 | GSA Search for "Smart Sync" | Ironhawk did not disclose this exhibit to Dropbox.  Dropbox reserves the right to object on evidentiary grounds and for violation of Fed. R. Civ. P. 26. |

Dated: September 30, 2019                    COVINGTON & BURLING LLP


                                             By:  */s/ Clara J. Shin*
                                             _____
                                                     Clara J. Shin

                                             Attorneys for Defendant and
                                             Counter-Claimant
                                             DROPBOX, INC.