UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:18-cv-01481-DDP-JEM | Date | October 7, 2019 |
|---|---|---|---|
| Title | Ironhawk Technologies, Inc. v. Dropbox, Inc. | | |

Present: The Honorable   DEAN D. PREGERSON, UNITED STATES DISTRICT JUDGE

| Patricia Gomez | Maria Bustillos |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Keith J. Wesley<br>Matthew Lawrence Venezia | Clara J. Shin<br>Matthew Q. Verdin<br>Jeffrey M. Davidson |

**Proceedings:** Motion to Exclude Testimony from Plaintiff's Trademark Law Expert Witness [84]
Motion to Exclude Testimony of Robert Wunderlich [85]
Motion for Partial Summary Judgment as to Dropbox's Advice of Counsel Defense [89]
Motion for Summary Judgment [91]

Case called; appearances made. Court and counsel confer as reflected on the record. The matters are taken under submission.

: 30

Initials of Preparer   PG