| | |
|---|---|
| IRONHAWK TECHNOLOGIES, INC., | Case No. 2:18-cv-01481 DDP (JEMx) |
| Plaintiff and Counter-Defendant, | **JUDGMENT** |
| v. | Hon. Dean D. Pregerson |
| DROPBOX, INC., | |
| Defendant and Counter-Claimant. | |

**JUDGMENT**

For the reasons set forth in the Court's October 24, 2019 Order, Dkt. 264, JUDGMENT is entered, and it is hereby ORDERED that:

1. Plaintiff and Counter-Defendant Ironhawk Technologies, Inc. shall take nothing on its Complaint, Dkt. 1 ("Complaint"), and each and every claim alleged therein is dismissed with prejudice.

2. JUDGMENT is entered in favor of Dropbox, Inc., and against Ironhawk Technologies, Inc., on each and every claim alleged in the Complaint.

3. Dropbox, Inc.'s counterclaim for declaratory judgment, Dkt. 17 at 14 ¶¶ 16–21, is dismissed as moot.

4. Dropbox, Inc. may recover its costs under the procedures set forth in Federal Rule of Civil Procedure 54 and Local Rule 54.

Dated: February 4, 2020

_____
Honorable Dean D. Pregerson
United States District Judge