Note Changes Made by the Court

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| IRONHAWK TECHNOLOGIES, INC., a Delaware Corporation,<br><br>    Plaintiff and Counterdefendant,<br><br>    vs.<br><br>DROPBOX, INC., a Delaware corporation,<br><br>    Defendant and Counterclaimant. | Case No. 2:18-cv-01481-DDP-JEM<br><br>Assigned to: Hon. Dean D. Pregerson<br><br>**ORDER GRANTING JOINT STIPULATION TO SET PENDING MOTIONS FOR HEARING**<br><br>Trial Date:  October 26, 2021<br>Final Pre-Trial Conf.:  October 18, 2021 |

1 | Pursuant to the stipulation submitted by the parties, good cause appearing, IT IS SO ORDERED that hearings are hereby set on Dropbox, Inc.'s *Daubert* Motions (Dkt. Nos. 84, 85), Ironhawk Technologies, Inc.'s Motion for Summary Judgment (Dkt. No. 89), the disgorgement and willfulness arguments in Dropbox's original Motion for Summary Judgment (Dkt. No. 91), or, alternatively, the proposed Dropbox Partial Motion for Summary Judgment, and the Motions in Limine (Dkt. Nos. 179-2, 179-4, 181–83, 189-1, 189-5, 189-7, 189-9, 190, 200, 201), for October 25, 2021, at 10:00 a.m.

Dated: 8-20-21

*[signature]*
Hon. Dean D. Pregerson
Judge of the United States District Court