BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP
Keith J. Wesley (State Bar No. 229276)
    kwesley@bgrfirm.com
Lori Sambol Brody (State Bar No. 150545)
    lbrody@bgrfirm.com
Matthew L. Venezia (State Bar No. 313812)
    mvenezia@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

LAW OFFICE OF ALEX KOZINSKI
Alex Kozinski (State Bar No. 66473)
    alex@kozinski.com
719 Yarmouth Road, Suite 101
Palos Verdes Estate, CA 90274-2671
Telephone: (310) 541-5885
Facsimile: (310) 265-4653
Email: alex@kozinski.com

Attorneys for Plaintiff and Counterdefendant
Ironhawk Technologies, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| IRONHAWK TECHNOLOGIES, INC., a Delaware Corporation,<br><br>          Plaintiff and Counterdefendant,<br><br>     vs.<br><br>DROPBOX, INC., a Delaware corporation,<br><br>          Defendant and Counterclaimant. | Case No. 2:18-cv-01481-DDP-JEM<br>The Hon. Dean D. Pregerson<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

## **STIPULATION**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Ironhawk Technologies, Inc. and Dropbox, Inc., through their respective counsel of record, hereby stipulate that this case (including all claims and counterclaims) is dismissed with prejudice, with the parties to bear their own attorneys' fees and costs.

Respectfully Submitted:

Dated:  October 28, 2021         BROWNE GEORGE ROSS
                                 O'BRIEN ANNAGUEY & ELLIS LLP

                                 LAW OFFICE OF ALEX KOZINSKI
                                     Keith J. Wesley
                                     Lori Sambol Brody
                                     Matthew L. Venezia


                                 By:     /s/ Keith J. Wesley

                                 Attorneys for Plaintiff and Counterdefendant
                                 Ironhawk Technologies, Inc.

Dated:  October 28, 2021         COVINGTON & BURLING LLP
                                     Clara J. Shin
                                     Jeffrey M. Davidson



                                 By:     /s/ Jeffrey M. Davidson

                                 Attorneys for Defendant and Counterclaimant
                                 Dropbox, Inc.

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on this 28th day of October, 2021, I electronically filed |
| 3 | the foregoing **JOINT STIPULATION FOR DISMISSAL WITH** |
| 4 | **PREJUDICE** with the Clerk of the Court using the CM/ECF system which will |
| 5 | send notification of such filing to the following: |
| 6 | |
| 7 | **SEE ATTACHED SERVICE LIST** |

Claudia Bonilla

# SERVICE LIST

*Ironhawk Technologies, Inc. vs. Dropbox, Inc.*
**USDC CD CA Case No. 2:18-cv-01481-DDP(JEMx)**

| | |
|---|---|
| Jeffrey M. Davidson<br>Matthew Q. Verdin<br>Clara J. Shin<br>Raymond G. Lu<br>COVINGTON & BURLING LLP<br>415 Mission Street, Suite 5400<br>San Francisco, California  94105<br>Telephone:  415-591-6000<br>Facsimile:  415-591-6091<br>E-mail:           jdavidson@cov.com<br>                     cshin@cov.com<br>                     mverdin@cov.com<br>                     rlu@cov.com | Attorneys for Defendant and Counterclaimant<br>Dropbox, Inc. |
| Law Office of Alex Kozinski<br>719 Yarmouth Road, Suite 101<br>Palos Verdes Estate, CA 90274-2671<br>Telephone:  310-541-5885<br>Facsimile:  310-265-4653<br>Email:              alex@kozinski.com | Co-Counsel for Ironhawk Technologies, Inc. |