JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| IRONHAWK TECHNOLOGIES, INC., a Delaware Corporation,<br><br>　　　　Plaintiff and Counterdefendant,<br><br>　　vs.<br><br>DROPBOX, INC., a Delaware corporation,<br><br>　　　　Defendant and Counterclaimant. | Case No. 2:18-cv-01481-DDP-JEM<br><br>Assigned to: Hon. Dean D. Pregerson<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

1  Having considered Ironhawk Technologies, Inc. and Dropbox, Inc.'s Joint
2  Stipulation for Dismissal, the Court hereby dismisses this action with prejudice,
3  with each party bearing its own respective attorney's fees and costs.

5  Dated: __10-29-21__

  _____
  Hon. Dean D. Pregerson
  Judge of the United States District Court

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of October, 2021, I electronically filed the foregoing  **[PROPOSED] ORDER GRANTING** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**SEE ATTACHED SERVICE LIST**

_____
Claudia Bonilla

# SERVICE LIST

*Ironhawk Technologies, Inc. vs. Dropbox, Inc.*
**USDC CD CA Case No. 2:18-cv-01481-DDP(JEMx)**

| | |
|---|---|
| Jeffrey M. Davidson<br>Matthew Q. Verdin<br>Clara J. Shin<br>Raymond G. Lu<br>COVINGTON & BURLING LLP<br>415 Mission Street, Suite 5400<br>San Francisco, California  94105<br>Telephone:  415-591-6000<br>Facsimile:  415-591-6091<br>E-mail:         jdavidson@cov.com<br>                    cshin@cov.com<br>                    mverdin@cov.com<br>                    rlu@cov.com | Attorneys for Defendant and Counterclaimant<br>Dropbox, Inc. |
| Law Office of Alex Kozinski<br>719 Yarmouth Road, Suite 101<br>Palos Verdes Estate, CA 90274-2671<br>Telephone:  310-541-5885<br>Facsimile:  310-265-4653<br>Email:              alex@kozinski.com | Co-Counsel for Ironhawk Technologies, Inc. |